# EXHIBIT
# A

 **CT Corporation**

**Service of Process Transmittal**
01/22/2018
CT Log Number 532659383

TO: Myrna Goodrich, Paralegal
Aetna, Inc.
Law U23S, 1425 Union Meeting Road
Blue Bell, PA 19422

RE: **Process Served in Utah**

FOR: Altius Health Plans Inc.  (Former Name)  (Domestic State: UT)
Aetna Health of Utah Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | IHC HEALTH SERVICES, INC., Claimant vs. Altius Health Plans, Inc. and Aetna Health Management, LLC, Respondents |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Third District Court, Salt Lake County, UT<br>Case # 180900250 |
| **NATURE OF ACTION:** | Altius/Aetna are refusing to respond to IHC Health Services' demands for arbitration, this motion is properly filed in this Court. |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Midvale, UT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/22/2018 at 10:15 |
| **JURISDICTION SERVED :** | Utah |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after service |
| **ATTORNEY(S) / SENDER(S):** | Catherine M. Larson<br>STRONG & HANNI<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111<br>801-532-7080 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/23/2018, Expected Purge Date: 01/28/2018<br><br>Image SOP<br><br>Email Notification,  Desiree Beatty  beattyd@aetna.com<br><br>Email Notification,  Jacqueline West  WestJ2@AETNA.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1108 East South Union Avenue<br>Midvale, UT 84047 |
| **TELEPHONE:** | 212-590-9070 |

Page 1 of  1 / DA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

TIME _1015_ DATE _1-22-2018_
SERVED _Holli Tharp_
RELATIONSHIP _CA - CT Registered System_
ADDRESS _1108 E South Union Ave_
_Todd Chu_ SERVER
TD's LEGAL PROCESS LLC     964-9393
_Michele_
_ut_

Catherine M. Larson, #6597
STRONG & HANNI
*Attorneys for Claimant*
*IHC Health Services, Inc.*
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
clarson@strongandhanni.com

## IN THE THIRD JUDICIAL DISTRICT COURT

## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| IHC HEALTH SERVICES, INC., | **SUMMONS** |
| Claimant, | |
| vs. | Case No. 180900250 |
| ALTIUS HEALTH PLANS, INC. and AETNA HEALTH MANAGEMENT, LLC., | Judge Kent Holmberg |
| | Tier 2 |
| Respondents. | |

TO THE ABOVE-NAMED RESPONDENTS:

 Altius Health Plans, Inc.
c/o CT Corporation System
1108 E. South Union Avenue
Midvale, UT 84047

Aetna Health Management, LLC
c/o CT Corporation System
1108 E. South Union Avenue
Midvale, UT 84047

You are hereby summoned and required to file with the clerk of the above-court a written Response to the attached Complaint and Motion to Compel Arbitration, and to serve upon or mail to the Claimant's attorney at the address shown above, a copy of your Response within twenty-one (21) days after service of this Summons upon you.

The address of the Third District Court for Salt Lake County is 450 South State Street, P.O. Box 1860, Salt Lake City, Utah 84114-1860, Telephone Number (801) 238-7300 and the address and telephone number of Claimant's attorney is listed above.

If you fail to so respond, judgment by default will be taken against you for the relief demanded in the Complaint/Motion to Compel which has been filed with the clerk of the above court and a copy of which is attached and herewith served upon you.

DATED this 18th day of January, 2018.

STRONG & HANNI

*/s/ Catherine M. Larson*

By:_____

Catherine M. Larson
*Attorneys for Claimant*
*IHC Health Services, Inc.*

Catherine M. Larson, #6597
STRONG & HANNI
*Attorneys for Claimant*
*IHC Health Services, Inc.*
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
clarson@strongandhanni.com

## IN THE THIRD JUDICIAL DISTRICT COURT

## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| IHC HEALTH SERVICES, INC.,<br><br>Claimant,<br><br>vs.<br><br>ALTIUS HEALTH PLANS, INC. and AETNA HEALTH MANAGEMENT, LLC.,<br><br>Respondents. | **COMPLAINT FOR DECLARATORY RELIEF AND MOTION TO COMPEL ARBITRATION**<br><br>Case No. *180900 250*<br><br>Judge *Kent Holmberg*<br><br>Tier 2 |

Pursuant to Utah Code Ann. §§ 78B-6-401 and 78B-11-108(1), Claimant IHC Health

Services, Inc. ("IHC Health Services"), by and through counsel, hereby requests the Court to

order that the payment disputes between Claimant and Respondents concerning patients L.

Andersen, G. Bender, D. Bullen, D. Cirrincione, K. Draper, S. Duncan, L. Gessel, J. Hendershot,

K. Herd, V. Jensen, C. Larsen, B. Owens, D. Reid and M. Spackman are subject to arbitration[1] in

accordance with the parties' written agreement, and states as follows:

---

[1] An application for judicial relief under the Utah Uniform Arbitration Act *"shall be made by motion and heard in the manner provided by law or rule of court for making and hearing motions."* Utah Code Ann. § 78B-11-106(1). If

## PARTIES

1.     IHC Health Services is a Utah non-profit corporation, in good standing, with its principal place of business located at 36 South State Street, 22nd Floor, Salt Lake City, Utah 84111.

2.     Altius Health Plans, Inc. ("Altius") is a Utah corporation with a registered address of 10150 South Centennial Parkway, Sandy, Utah 84070.

3.     Aetna Health Management, LLC ("Aetna") is a Delaware limited liability company transacting business within Utah.

## JURISDICTION AND VENUE

4.     Jurisdiction is proper in this Court pursuant to Utah Code Ann. §§ 78B-3-201 *et seq.*, 78A-5-102, 78B-6-401, and 78B-11-106.

5.     Arbitration of disputes between IHC Health Services, Altius and Aetna is required under Utah Code Ann. § 78B-11-107 because they are parties to an agreement which requires arbitration of any controversy or claim arising between them.

6.     As alleged more particularly below, arbitration is governed by the Professional Services Agreement By and Between IHC Health Services, Inc. and Altius Health Plans/Aetna Health Management, LLC. (hereinafter referred to as the "Professional Services Agreement" or the "Agreement"), effective April 1, 2012 and amended October 15, 2015. A copy of the Professional Services Agreement is attached hereto as Exhibit A and a copy of the Amendment is attached hereto as Exhibit B.

---

no civil action involving the agreement to arbitrate is pending, *"notice of an initial motion to the court . . . shall be served in the manner provided by law for the service of a summons in a civil action."* *Id.* at 106(2).

7.     Pursuant to Section VII. Miscellaneous Provision, subpart (F) of the Professional

Services Agreement:

> **Dispute Resolution:** The parties agree to meet and confer in good faith to resolve any controversies or claims that may arise under this Agreement. Any controversy or claim solely between the parties, relating to this Agreement or the breach of this Agreement, that is not settled by informal means will be submitted to binding, compulsory arbitration and judgment pursuant to Title 78B, Chapter 11, Utah Code Annotated, as amended, and handled in accordance with the Rules of the American Health Lawyers Association Alternative Dispute Resolution Service to the extent such rules are not in conflict with such law. The parties agree to bear its own costs, expenses, and attorney's fees arising from such controversy or claim. The parties will share equally the cost of the arbitrator(s).

(Professional Services Agreement, pp. 28-29, Ex. A.)

8.     Venue is proper in this Court pursuant to Utah Code Ann. § 78B-3-304.

9.     Pursuant to Utah Rule of Civil Procedure 26(c)(5), because IHC Health Services

seeks non-monetary relief, this is a "Tier 2" cause of action.

## GENERAL ALLEGATIONS

10.     IHC Health Services provides medical care and treatment through various

providers and facilities (i.e., the "Intermountain Facility Network").

11.     Altius and Aetna desired to arrange for the provision of healthcare services for

their beneficiaries.

12.     Altius and Aetna's beneficiaries are those persons covered under Altius Health

Plans' Medicare Advantage HMO Program, Altius Advantra Medicare Advantage HMO

Program, and Aetna Medicare Advantage PPO Plans who are eligible to receive covered

services.

3

## PROFESSIONAL SERVICES AGREEMENT

13.    Prior to April 2012, Altius expressed the desire to use Intermountain's Facility Network in conjunction with Altius Health Plans' Medicare Advantage HMO Program.

14.    Accordingly, on or about April 1, 2012, IHC Health Services and Altius entered into the Professional Services Agreement that related to Altius' Health Plan's Medicare Advantage HMO Program and the provision of healthcare services to Altius' Medicare beneficiaries. (See Professional Services Agreement, Ex. A.)

15.    Pursuant to the Agreement, Altius's beneficiaries were permitted to obtain healthcare services through Intermountain's Facility Network and Altius agreed to pay IHC Health Services for such services. (See Ex. A.)

16.    In October 2015, the Professional Services Agreement was amended to broaden the scope of the agreement to include Altius Advantra Medicare Advantage HMO Program, Aetna Health Management, LLC and Aetna Medicare Advantage PPO Plans. (See Agreement Amendment, Ex. B.)

17.    Subsequent to the Professional Services Agreement being entered, multiple Altius and Aetna beneficiaries received healthcare services from Intermountain's Facility Network. Such beneficiaries included: L. Andersen, G. Bender, D. Bullen, D. Cirrincione, K. Draper, S. Duncan, L. Gessel, J. Hendershot, K. Herd, V. Jensen, C. Larsen, B. Owens, D. Reid and M. Spackman.

18.    Despite being contractually obligated to do so, Altius and Aetna have refused to pay IHC Health Services for the healthcare services rendered to: L. Andersen, G. Bender, D. Bullen, D. Cirrincione, K. Draper, S. Duncan, L. Gessel, J. Hendershot, K. Herd, V. Jensen, C.

Larsen, B. Owens, D. Reid and M. Spackman. (See Denial Letters, attached hereto as Exhibit C.)

## IHC HEALTH SERVICE'S DEMAND FOR ALTERNATIVE DISPUTE RESOLUTION

19. On various dates in 2015, 2016 and 2017, IHC Health Services, by and through counsel, sent letters to Altius/Aetna demanding the payment disputes relating to L. Andersen, G. Bender, D. Bullen, D. Cirrincione, K. Draper, S. Duncan, L. Gessel, J. Hendershot, K. Herd, V. Jensen, C. Larsen, B. Owens, D. Reid and M. Spackman be resolved through arbitration. (See Demand Letters, attached hereto as Exhibit D.)

20. IHC Health Service's arbitration demands were based on Section VII, subpart F of the Professional Services Agreement. (See Ex. D.)

21. In the demand letters, counsel for IHC Health Services requested Altius/Aetna *"to contact me in order that we may . . . select an Arbitrator to resolve these disputes."* (Ex. D.)

22. Despite receiving multiple letters demanding arbitration, Altius/Aetna have not assisted with the selection of an arbitrator and have not agreed to submit to binding arbitration.

23. On December 15, 2017, IHC Health Services sent another letter to Altius' counsel demanding arbitration in relation to beneficiaries L. Andersen, G. Bender, D. Bullen, K. Draper, L. Gessel, K. Herd, V. Jensen, C. Larsen, B. Owens, D. Reid and M. Spackman. (See December 15, 2017 Demand Letter, attached hereto as Exhibit E.)

24. The demand letter stated that IHC Health Services was demanding arbitration *"Pursuant to provision VII. Miscellaneous Provision, F. Dispute Resolution"* of the Professional Services Agreement. (Ex. E.)

25.     The demand letter requested Altius' counsel to contact IHC Health Service's counsel *"to select an Arbitrator to resolve these disputes."* (Ex. E.)

26.     The December 15, 2017 demand letter was sent by certified mail and received by Altius' counsel. (See Certified Mail Receipt, attached hereto as Ex. F.)

27.     Despite receiving the December 15, 2017 demand letter, Altius has not made any effort to select an arbitrator and has not agreed to resolve the pending payment disputes through arbitration.

28.     On December 28, 2017, IHC Health Services sent another letter to Altius/Aetna's counsel demanding arbitration in relation to beneficiaries D. Cirrincione, S. Duncan and J. Hendershot. (See December 28, 2017 Demand Letter, attached hereto as Exhibit G.)

29.     The demand letter stated that IHC Health Services was demanding arbitration *"Pursuant to provision VII. Miscellaneous Provision, F. Dispute Resolution"* of the Professional Services Agreement. (Ex. G.)

30.     The demand letter requested Altius/Aetna's counsel to contact IHC Health Service's counsel *"to select an Arbitrator to resolve these disputes."* (Ex. G.)

31.     The December 28, 2017 demand letter was sent by certified mail and received by Altius/Aetna's counsel. (See Certified Mail Receipt, attached hereto as Ex. H.)

32.     Despite receiving the December 28, 2017 demand letter, Altius/Aetna have not made any effort to select an arbitrator and have not agreed to resolve the pending payment disputes through arbitration.

33.     Because Altius/Aetna are refusing to respond to IHC Health Services' demands for arbitration, this motion is properly filed in this Court.

6

WHEREFORE, pursuant to Utah Code Ann. §§ 78B-6-401 and 78B-11-108(1), IHC Health Services respectfully requests the Court order that the payment disputes relating to L. Andersen, G. Bender, D. Bullen, D. Cirrincione, K. Draper, S. Duncan, L. Gessel, J. Hendershot, K. Herd, V. Jensen, C. Larsen, B. Owens, D. Reid and M. Spackman, are subject to arbitration in accordance with Section VII, subpart (F) of the Professional Services Agreement.

DATED this 9th day of January, 2018.

STRONG & HANNI

*/s/ Catherine M. Larson*

By:_____

Catherine M. Larson
*Attorneys for Claimant*
*IHC Health Services, Inc.*

7

# Exhibit A

## INTERMOUNTAIN FACILITY AND PROFESSIONAL SERVICES AGREEMENT
## BY AND BETWEEN
## IHC HEALTH SERVICES, INC., AND
## ALTIUS HEALTH PLANS

THIS AGREEMENT is effective beginning on the FIRST DAY OF APRIL 2012, and is made by and between IHC HEALTH SERVICES, INC., a Utah nonprofit corporation, doing business as all of the facilities, agencies, and services listed in Attachment A, "INTERMOUNTAIN Facilities and Payment Schedule," of this Agreement and the Professional Providers included on the Professional Provider List defined in this Agreement, (hereinafter referred to collectively as "INTERMOUNTAIN"), and ALTIUS HEALTH PLANS, a Utah corporation (hereinafter referred to as "ALTIUS"). This Agreement applies only to ALTIUS's Medicare Advantage HMO Program. INTERMOUNTAIN and ALTIUS are collectively referred to as "the parties."

> ### FOR ALTIUS HEALTH PLANS's MEDICARE ADVANTAGE HMO PROGRAM

This Agreement supersedes and replaces the Participating Physician Agreement, dated January 1, 2008, by and between IHC Health Services, Inc., dba Intermountain Medical Group, and Altius Health Plans, Inc.

### WITNESSETH

WHEREAS, ALTIUS desires to arrange for the provision of quality healthcare services to Beneficiaries in a timely and efficient manner consistent with good medical practice;

WHEREAS, INTERMOUNTAIN operates duly licensed facilities in the states of Utah and Idaho, that are accredited by the Joint Commission on Accreditation of Health Care Organizations (JCAHO) or are certified under the Federal Medicare Law, and desires to provide quality and cost-effective medical and facility services to Beneficiaries;

WHEREAS, INTERMOUNTAIN employs and contracts with Professional Providers to render services to Beneficiaries within the scope of their licensure and accreditation;

WHEREAS, ALTIUS markets a Medicare Advantage Program in the Service Area and desires to use the INTERMOUNTAIN Facility Network in conjunction with this Program offering; and

WHEREAS, ALTIUS and INTERMOUNTAIN will abide by all applicable CMS regulations as outlined in the Code of Federal Regulations (CFR) regarding the administration of a Medicare Advantage Program;

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein, the parties agree as follows:

## I.    DEFINITIONS

As used in this Agreement, the following terms are defined as follows:

A.    **Beneficiary** means a person covered under ALTIUS's Medicare Advantage Program who is eligible to receive Covered Services.





## VII.   MISCELLANEOUS PROVISIONS

(F.)   **Dispute Resolution:** The parties agree to meet and confer in good faith to resolve any controversies or claims that may arise under this Agreement.   Any controversy or claim solely

between the parties, relating to this Agreement or the breach of this Agreement that is not settled by informal means will be submitted to binding, compulsory arbitration and judgment pursuant to Title 78B, Chapter 11, Utah Code Annotated, as amended, and handled in accordance with the Rules of the American Health Lawyers Association Alternative Dispute Resolution Service to the extent such rules are not in conflict with such law. The parties agree to bear its own costs, expenses, and attorney's fees arising from such controversy or claim. The parties will share equally the cost of the arbitrator(s).



## IX.   SIGNATURES

**IHC HEALTH SERVICES, INC.**

By: _____
Albert R. Zimmerli
*Executive Vice President – Chief Financial Officer*

Date: _____3/8/2012_____

**ALTIUS HEALTH PLANS**

By: _____
Kevin Lawlor
*Vice President, Network Development and Management*

Date: ___3/8/2012_____

# Exhibit B

**AMENDMENT TO**
## THE INTERMOUNTAIN FACILITY AND PROFESSIONAL SERVICES AGREEMENT
## BY AND BETWEEN IHC HEALTH SERVICES, INC., AND ALTIUS HEALTH PLANS, INC.

This AMENDMENT is effective on the **FIRST DAY OF JANUARY 2016** and is made to amend the INTERMOUNTAIN Facility and Professional Services Agreement dated April 1, 2012, (hereinafter referred to as "the Agreement"), between **IHC HEALTH SERVICES, INC.,** a Utah nonprofit corporation doing business as all of the facilities, agencies, and services listed in Attachment A, "INTERMOUNTAIN Facilities and Payment Schedule," of the Agreement and Professional Providers included on the Professional Provider List as defined in the Agreement (hereinafter referred to collectively as "INTERMOUNTAIN"), and **ALTIUS HEALTH PLANS, INC.,** a Utah corporation (hereinafter referred to as "ALTIUS"). INTERMOUNTAIN and ALTIUS are hereinafter referred to collectively as "the parties."

---

### FOR ALTIUS's MEDICARE ADVANTAGE HMO PROGRAM

---

To the extent that there is any conflict between the terms of the Agreement and the terms of this Amendment, the terms of this Amendment will prevail.

THE PARTIES AGREE TO AMEND THE AGREEMENT AS FOLLOWS:

I.    The title and preamble to the Agreement are deleted in their entirety and replaced with the following title and preamble.

### INTERMOUNTAIN FACILITY AND PROFESSIONAL SERVICES AGREEMENT
### BY AND BETWEEN IHC HEALTH SERVICES, INC., AND AETNA HEALTH MANAGEMENT, LLC.

This AGREEMENT is effective beginning on the **FIRST DAY OF APRIL 2012** and is made by and between **IHC HEALTH SERVICES, INC.,** a Utah nonprofit corporation doing business as all of the facilities, agencies, and services listed in Attachment A, "Intermountain Facilities and Payment Schedule," of the Agreement and Professional Providers included on the Professional Provider List as defined in the Agreement (hereinafter referred to collectively as "INTERMOUNTAIN"), and **AETNA HEALTH MANAGEMENT, LLC,** a Delaware limited liability company, on behalf of itself and its Medicare Advantage Programs; Altius Advantra Medicare Advantage HMO Program and Aetna Medicare Advantage PPO Plans, (hereinafter collectively referred to as "COMPANY"). INTERMOUNTAIN and ALTIUS and AETNA are hereinafter referred to collectively as "the parties."

---

### FOR ALTIUS ADVANTRA MEDICARE ADVANTAGE HMO PROGRAM
### AND AETNA MEDICARE ADVANTAGE PPO PLANS

---

II.    All usages of "ALTIUS" as a party identifier in the Agreement are deleted and replaced with "COMPANY" as the new party identifier.

III.   All usages of "ALTIUS's Medicare Advantage Program" are deleted and replaced with "COMPANY's Medicare Advantage Program(s)."



IN WITNESS WHEREOF, the undersigned have duly executed this Amendment to the Agreement as of the date set forth above.

IHC HEALTH SERVICES, INC.

BY: _____

Mark A. Runyon
*Vice President, Operational Finance*

Date: ___10/15/2015___

AETNA HEALTH MANAGEMENT, LLC.

BY: _____

Todd Trettin
*Market President*

Date: ___10/14/15___

# Exhibit C



**ALTIUS**
*A Coventry Health Care Plan*
An Aetna Company

NOV ~ 5 2015

10150 S. Centennial
Parkway Suite 450
Sandy, UT 84070

Tel: 801-155-1234
800-365-1334

www.altiushealthplans.com

November 17, 2015

Jessica Wolsey
Intermountain Revenue Cycle Organization
1104 Country Hills Drive, Suite 300
Ogden, UT 84403

Member Name: Lowell Andersen
Member #: ▆▆▆▆▆▆
Date of Service: February 24, 2015
Case: 2015092502003
Acct: ▆▆▆▆▆▆

Dear Ms. Wolsey:

The Altius appeals and grievances department including myself has completed a review of your request for a reconsideration of denial determination for the following services: **Independent level of care**

Based on our review of available information, including history and physical, progress notes laboratory reports, radiology reports, and Acute Adult, Pulmonary Emboli, InterQual® 2015 we have made the following determination.

Based upon our review of the information provided, we are upholding the previous denial for the inpatient days of February 24, 2015 through February 27, 2015. The basis for this determination is that medical necessity for inpatient level of care was not met. Member was hemodynamically stable and had no respiratory insufficiency (hypoxia). Maintain approval for observation level of care.

We appreciate your patience while waiting for our response and hope the information is helpful. If you have any additional questions or concerns, please contact the customer service department at 1-800-377-4161, or 801-323-6200.

Sincerely,

Michelle Ward
Appeal Analyst



Customer Resolution Team
Aliin Health Plans
PO Box 981119
El Paso, Texas 79998-1119

October 17, 2016

Sheri Weaver
Intermountain Healthcare
Centralized Appeals
2195 University Park Blvd.
Layton, UT 84041

Provider Name:          Logan Regional Hospital
Date(s) of Service:     June 18-20, 2016
Patient Account Number: ████████████
Claim Number(s):        8618014571
Member Name:            Gloria Bender
Member ID:              █████████
Case Number(s):         2016090802345

Dear Ms. Weaver,

The Aliin Advantu Appeals and Grievances Department has completed a review of your request for a reconsideration of the denial determination for the following services:

Inpatient level of care provided on June 18-20, 2016 at Logan Regional Hospital.

Our medical director, nurse analyst and appeal analyst have reviewed the available information, including appeal letter, discharge summary, history and physical, emergency room notes, and Milliman Care Guidelines (MCG), Inpatient and Surgical Care 20th Edition, Atrial Fibrillation DRG: M-505 (ISC). We have made the following determination.

Based upon our review of the information provided, we are upholding the previous denial for the inpatient day(s) of June 18, 2016 to June 20, 2016. The basis for this determination is the member discharged by day three in stable condition. Based on MCG, Inpatient and Surgical Care 20th Edition, Atrial Fibrillation DRG: M-505 (ISC), admission criteria was not met because there was no noted new-onset (less than 48 hours) atrial fibrillation with high risk for causing complications secondary to comorbidities (eg. symptomatic heart failure), elective or urgent cardioversion or intolerable symptoms despite optimal outpatient treatment. Care could have been provided at a

ORX_1516127085076_V2

4900C323



**COVENTRY**®
*Health Care*
ALTIUS HEALTH PLANS

December 10, 2014

MR DEL L BULLEN

Dear MR BULLEN:

We have denied coverage for medical services or items that you or your physician requested. A description of the services denied, the reasons for our denial and your appeal rights are listed on the attached form.

If you have any questions, please call us at 1-866-784-4918 (TTY/TDD 711), 8 a.m. – 8 p.m., seven days a week from October 1st – February 14th and 8 a.m. – 8 p.m., Monday-Friday from February 15th – September 30th.

Sincerely,

Michael R. Falvo, DO
Medical Director
Altius Health Plans

cc:     Robert B. Duncan, DO
        Logan Regional Hospital
        File

Altius Health Plans, Inc. is a Coordinated Care plan with a Medicare contract. Enrollment in our plan depends on contract renewal.

CVTY_CCP_2014_0009_3118NR

10421 S Jordan Gateway, Suite 400
South Jordan, UT 84095



RECEIVED FEB 1 9 2015



**ALTIUS**
*A Coventry Health Care Plan*
An Aetna Company

February 17, 2015 (12:00pm)

130 - 49006323

10421 South
Jordan Gateway
Suite 400
South Jordan
Utah 84095
Tel 801-355-1234
800-365-1234
www.altiushealthplans.com

**LESA BYRD**
**INTERMOUNTAIN HEALTHCARE**
**1104 COUNTRY HILLS DR SUITE 300**
**OGDEN UT 84403**

RE:  Del Bullen
ID#: ▓▓▓▓▓▓

Dear Ms. Byrd:

The Altius Advantra Appeals and Grievances Department has completed a review of the request for coverage inpatient services provided to the above referenced member on December 3-6, 2014. Upon review, it was determined to uphold the denial, as the clinical record does not support inpatient level of care nor does the case meet InterQual criteria for hospital admission. Observation level of care has been approved.

We appreciate your patience while waiting for our response and hope the information is helpful. If you have any additional questions or concerns, please contact the Customer Service Department at 1-866-784-4918.

Sincerely,

*Tracy Forst*

**Tracy Forst**
**Appeals & Grievances Analyst**
**Customer Resolution Team**

A Coordinated Care plan with a Medicare Advantage contract
Altius Advantra is offered by Altius Health Plans, Inc.

 **aetna** Provider Resolution Team
PO Box 14020
Lexington, KY 40512-4020

Category code: CRTP

7-8-2017

DCN# 170708050126



Provider Name: Dixie Regional Medical Center
Date(s) of Service: March 18, 2017 to March 20, 2017
Patient Account Number: NA
Claim Number(s): 170328E0665600
Member Name: Donna Cirrincione
Member ID:
Case Number(s): 2017082201051

Subject: Final Appeal Resolution

Dear Health Care Professional:

**Final level of appeal response – previous determination upheld**
With this review, your request for payment of the claim(s) referenced above has reached the final level of appeal available through us. Based on our review of available information, including your appeal, we have made the following determination.

We are upholding the original benefits determination for services rendered on the date(s) of service referenced above. Based upon our review of the information provided, we are upholding the previous level of care decision for the hospital day(s) March 18- March 20, 2017. The basis for this determination is MCG 21st edition Musculoskeletal Disease GRG: MG-MD (ISC GRG). We are denying coverage for this acute hospital admission. The requirements for coverage are: (1) Newly diagnosed or suspected bone, joint, muscle, or orthopedic device infection (2) Fracture, dislocation, or other musculoskeletal injury requiring inpatient care (3) Severe rheumatologic disease (4) Severe vasculitis (5) Severe crystal arthropathy (6) Rhabdomyolysis (7) Severe myopathy (8) Post-amputation complication (9) Severe pain requiring acute inpatient management due to musculoskeletal condition. The member doesn't meet any of these requirements. This review confirms the care received meets the criteria for the previously authorized Observation level of care, but not the requested level of care.

**We are here to answer your questions**
If you have questions, please contact us at the address listed on this letterhead or through our Provider Service Center:
- 1-800-624-0756 for calls related to HMO-based benefits plans
- 1-888-MD-Aetna (1-888-632-3862) for calls related to indemnity and PPO-based benefits plans

You may also review our appeal policy and procedures at www.aetna.com/provider/medical and select the link to the Dispute Process.

**We want to know!**
Please visit our website for a short survey of Aetna's appeal process.
https://www.aetna.com/provider/forms_secure/cga_survey.html

GN786_Rev10_02.04.14

DCN# 170708050128

Category code: CRTP

Thank you for giving us the opportunity to address your concerns.

Sincerely,

Dwayne Stanton

Dwayne Stanton
Complaint and Appeals Analyst
Provider Resolution Team

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies. The Aetna companies that offer, underwrite or administer benefits coverage include Aetna Health Inc., Aetna Health of California Inc., Aetna Dental Inc., Aetna Dental of California Inc., Aetna Health Insurance Company of New York, Aetna Health Insurance Company, Aetna Behavioral Health, LLC, Aetna Health Insurance Company of Europe, Ltd., Aetna Life & Casualty (Bermuda) Ltd. and/or Aetna Life Insurance Company (Aetna). Aetna Pharmacy Management refers to an internal business unit of Aetna Health Management, LLC. In Florida, by Aetna Health Inc. and/or Aetna Life Insurance Company. For fully funded health plans in Maryland, by Aetna Health Inc., 151 Farmington Avenue, Hartford, CT 06156. Each insurer has sole financial responsibility for its own products. © Aetna Inc.



October 30, 2014

**MS KAYELENE DRAPER**      **130-48775803**

▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear MS DRAPER:

We have denied coverage for medical services or items that you or your physician requested. A description of the services denied, the reasons for our denial and your appeal rights are listed on the attached form.

If you have any questions, please call us at 1-866-784-4918 (TTY/TDD 711), 8 a.m. – 8 p.m., seven days a week from October 1st – February 14th and 8 a.m. – 8 p.m., Monday-Friday from February 15th – September 30th.

Sincerely,

Medical Director
Altius Health Plans

cc:     Robert B. Duncan, DO
        Logan Regional Hospital
        File

Altius Health Plans, Inc. is a Coordinated Care plan with a Medicare contract. Enrollment in our plan depends on contract renewal.

CVTY_CCP_2014_0009_3118NR

10421 S Jordan Gateway, Suite 400<br/>South Jordan, UT 84095

# aetna℠



**Cotiviti**
Healthcare

April 4, 2016

Logan Regional Hospital
Attn: Health Information Management
1400 North 500 East
Logan, UT 84341

**Re: Reconsideration Determination: Not Approved**

Dear LOGAN REGIONAL HOSPITAL:

Please accept this letter as follow-up to your request for reconsideration of overpayment(s). We are in receipt of your correspondence as of 03/16/15. After reviewing the documentation provided, the initial overpayment determination is upheld.

You must acknowledge receipt and understanding of these findings in writing within 30 days. Please indicate your acceptance or disagreement with the findings using the form on the following page. You may submit your response by secure fax or by mail to the appropriate address noted on the form.

We appreciate your feedback and respect the opportunity to work collaboratively with you. If you have any questions or need further assistance, please call 203-423-1496 Monday through Friday between the hours of 8:00 a.m. and 5:00 p.m. Eastern Standard Time.

Sincerely,

Aetna Clinical Chart Validation
c/o Cotiviti Healthcare
Spring Mill Corporate Center
555 E. North Lane, Suite 6120
Conshohocken, PA 19428
203-423-1496



APR 1 1 2016



 

| Claim / Ref# | Med Rec # | Begin DOS | End DOS | Mem DOB | Member # | Patient Ctl # | Member Name |
|---|---|---|---|---|---|---|---|
| 141023E053120 1 | 20160404120144390- 654019 | 10█/14 | 10/18/14 | Oct 4 1940 12:00AM | | FA130487163 51 | DUNCAN, SARA |

### Diagnosis/Procedure Codes

| Hospital Proc Code | Revised Proc Code | Hospital Diag Code | Revised Diag Code |
|---|---|---|---|
| 7936 | 7936 | 82302 | 82302 |
| | | 261 | V850 |
| | | V850 | 5990 |
| | | 5990 | 2851 |
| | | 2851 | E8859 |
| | | E8859 | E8490 |
| | | E8490 | 30000 |
| | | 30000 | 56400 |
| | | 56400 | 4019 |
| | | E8859 | 7295 |
| | | 4019 | |
| | | 7295 | |

### DRG/Discharge Codes

DRG: 492                                  Discharge Status Code: 03
Revised DRG: 493                     Revised Discharge Status Code:

Rationale   Please accept this letter as a follow up to your letter requesting a reconsideration of the overpayment identified. We appreciate and respect the services rendered by your facility to this patient; however, after reviewing the documentation and additional documentation provided, our overpayment determination has been upheld.

The claim involved a 74 year old female who presented to the hospital after a fall; diagnosed with a closed fracture of the fibula with tibia. The provider assigned 262 (Other severe malnutrition) as a secondary diagnosis. The documentation in the medical record does not support the assignment of 261 as a secondary diagnosis.

The provider submitted appeal noted disagreement with the audit findings. A clinical summary of the patients stay was submitted. The patient was described in the summary as severely underweight and cachectic with a BMI of 13.3. A nutritional consultation was







obtained with the patient exhibiting chronic severe malnutrition with a pattern of disordered eating.

According to the medical record, it was noted that the patient was admitted with a proximal tibia fracture. The patient was documented with a BMI of 13.3 and noted as cachectic appearing. While we acknowledge documentation of malnutrition in the record, there was no documentation specifying the level of severity for the malnutrition. The final diagnostic statement gave a diagnosis of malnutrition. Without documentation of the specificity or severity the appropriate malnutrition code would be 263.9 (protein-calorie malnutrition, NOS).

As a result of this review, we uphold our decision to replace diagnosis code 261 with 263.9 as a secondary diagnosis. This recommendation resulted in a change in DRG from 492 to 493.

References:

Consensus Statement of the Academy of Nutrition and Dietetics/ASPEN: Characteristics Recommended for the Identification and Documentation of Adult Malnutrition (Undernutrition), J Acad Nutr Diet, May 2012.
World Health Organization, Management of severe malnutrition: a manual for physicians and senior health workers, 1999.
Jensen, G, et al, Malnutrition syndromes: A conundrum vs. a continuum, J Parenter Enteral Nutr, 2010;34(2).
ICD 9-CM Official Guidelines for Coding and Reporting, Secondary Diagnosis Section III. The CMS Program Integrity Manual (PIM), Publication 100-08, Chapter 6, Section 6.5.3.




**ALTIUS**
*A Coventry Health Care Plan*
*An Aetna Company*



October 13, 2015

10152 S. Centennial
Parkway Suite 453
Sandy, UT 84070

Tel: 801-355-1234
800-365-1334

rm.altiushealthplans.com

Sheri Weaver
Intermountain Healthcare
1104 Country Hills Drive, Suite 300
Ogden, UT 84403

Member Name: Leo Gessel
Member #
Date of Service: May 15, 2015
Acct#:
Case: 2015081801694

Dear Ms. Weaver:

The Altius appeals and grievances department including myself has completed a review of your request for a reconsideration of the denial determination for the following services: **Inpatient level of care**

Based on our review of available information, we have made the following determination.

Based upon our review of the information provided, we are upholding the original benefit determination for denial of inpatient days of May 15, 2015 through May 18, 2015. The basis for this determination is that the documentation submitted indicates that the member had been constipated for a week, and then had some abdominal pain and diarrhea times 4 the day prior to admission and there was bright red blood noted. In the emergency room, member's abdomen was soft and non-tender, all vital signs were stable and normal, and member was thought to have a lower gastrointestinal bleed. His sodium was a little low and thought to be from his chronic diuretics. The hemoglobin was 13. No admission criteria were met. This decision was made utilizing the appeal letter, discharge summary, history and physical, emergency room records, progress notes, laboratory reports, radiology reports, and Milliman Care Guidelines®, 18th Edition/Inpatient and Surgical Care General Recovery Guidelines, Gastrointestinal Bleeding, Lower, M-182 (ISC).

We appreciate your patience while waiting for our response and hope the information is helpful. If you have any additional questions or concerns, please contact the customer service department at 1-800-377-4161, or 801-323-6400.

Sincerely,

Michelle Ward
Appeal Analyst



Provider Resolution Team
PO Box 14020
Lexington, KY 40512

09/22/2016



Provider Name:            Dixie Regional Medical Center
Date(s) of Service:       June 12, 2016 to June 15, 2016
Patient Account Number:   N/A
Claim Number(s):          160623E0900600
Member Name:              Jeanne Hendershot
Member ID:                ███████████
Case Number(s):

Subject:

Dear Healthcare Professional:

**Appeal response – original determination upheld**

Based on our review of available information, including your submission, we are
upholding the original claim determination.

Based upon our review of the information provided, we are upholding the previous level
of care decision for the inpatient days of 06/12/2016 to 06/15/2016. The basis for this
determination is review of the information provided reveals a 96 year old female with
anemia. She was transfused 2 units of packed red blood cells and intravenous venofer.
The submitted clinical information does not indicate that the member had active
bleeding, hemodynamic instability, cardiovascular or neurologic symptoms that are
severe or persistent, acute renal failure or other significant finding or clinical condition
judged not to be within scope of a lower level of care. Inpatient criteria of MCG, Inpatient
and Surgical Care 20th Edition, Anemia, Iron Deficiency or Unspecified ORG: M-35
(ISC) have not been met. Services could have been performed at a lower level of care.
This review confirms the care received meets the criteria for the previously authorized
lower level of care, but not the requested level of care.

A complaint and appeal analyst reviewed your appeal in conjunction with our policies
and payment guidelines.

GCHT 161023E035104  EP

**We are here to answer your questions**
If you have questions, please contact us at the address listed on this letterhead or through our Provider Service Center:
- 1-800-624-0756 for calls related to HMO-based benefits plans
- 1-888-MD-Aetna (1-888-632-3862) for calls related to indemnity and PPO-based benefits plans

You may also review our appeal policy and procedures at **www.aetna.com/provider/medical** and select the link to the Dispute Process.

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies. The Aetna companies that offer, underwrite or administer benefits coverage include Aetna Health Inc., Aetna Health of California Inc., Aetna Dental Inc., Aetna Dental of California Inc., Aetna Health Insurance Company of New York, Aetna Health Insurance Company, Aetna Behavioral Health, LLC, Aetna Health Insurance Company of Europe, Ltd., Aetna Life & Casualty (Bermuda) Ltd. and/or Aetna Life Insurance Company (Aetna). Aetna Pharmacy Management refers to an internal business unit of Aetna Health Management, LLC. In Florida, by Aetna Health Inc. and/or Aetna Life Insurance Company. For fully funded health plans in Maryland, by Aetna Health Inc., 151 Farmington Avenue, Hartford, CT 06156. Each insurer has sole financial responsibility for its own products.

GN1192_Rev7_02.04.14

DCN 161023033104   EX

**We want to know!**
Please visit our website for a short survey of Aetna's appeal process.
https://www.aetna.com/provider/forms_secure/cqa_survey.html

Thank you for giving us the opportunity to address your concerns.

Sincerely,

Shawn Kuntz
Director, Complaints and Appeals

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies. The Aetna companies that offer, underwrite or administer benefits coverage include Aetna Health Inc., Aetna Health of California Inc., Aetna Dental Inc., Aetna Dental of California Inc., Aetna Health Insurance Company of New York, Aetna Health Insurance Company, Aetna Behavioral Health, LLC, Aetna Health Insurance Company of Europe, Ltd., Aetna Life & Casualty (Bermuda) Ltd. and/or Aetna Life Insurance Company (Aetna). Aetna Pharmacy Management refers to an internal business unit of Aetna Health Management, LLC. In Florida, by Aetna Health Inc. and/or Aetna Life Insurance Company. For fully funded health plans in Maryland, by Aetna Health Inc., 151 Farmington Avenue, Hartford, CT 06156. Each insurer has sole financial responsibility for its own products.

GN1192_Rev7_02.04.14

DCN1 1810250339D4  BY



**COVENTRY®**
*Health Care*
ALTIUS HEALTH PLANS
July 13, 2015 (12:40pm)

10150 S.
Centennial PKY
Suite 450
Sandy Utah 84070
1-866-784-4316
www.altiushealthplans.com

Renee Wright
Centralized Appeals
Intermountain Healthcare
1104 Country Hills Dr., Suite 300
Ogden, UT 84403

| | | | |
|---|---|---|---|
| Referral: | 748887 | Date(s) of Service: | January 14-15, 2015 |
| Member Name: | Kermit Herd | Claim Amount(s): | $8863.08 |
| Member Number: | ▮▮▮▮▮ | Acct#: | ▮▮▮▮▮ |

Dear Ms. Wright:

The Altius Appeals and Grievances Department has completed a review of your request for a reconsideration of the denial determination for the following services:

**Inpatient level of care provided on January 14-15, 2015**

This case has been reviewed by a physician who was not involved in the initial review. Upon review of the reconsideration request, we regret to inform you that the determination is to uphold the original denial. The specific reason for this determination is that, this 84 year old man was admitted from his skilled nursing facility for increased confusion and leg swelling. This was the third admission in the past 30 days. He was afebrile, his white blood cell count was normal and his other labs were unremarkable for an acute change in his chronic conditions. The decision was made to move him to hospice care. The criterion found in InterQual Acute Adult 2014 General Medical was not met.

We appreciate your patience while waiting for our response and hope the information is helpful. If you have any additional questions or concerns, please contact the Customer Service Department at 1-800-377-4101.

Sincerely,

*Tracy Forst*

Tracy Forst
Complaint and Grievance Analyst
Customer Resolution Team



Renee Wright
Centralized Appeals
Intermountain Healthcare.
1104 Country Hills Dr., Suite 300
Ogden, UT 84403





April 29, 2015 (2:23pm)

10421 South
Jordan Gateway
Suite 403
South Jordan
Utah 84095
1-866-784-4918
www.altiushealthplans.com

Renee Wright
Centralized Appeals
Intermountain Healthcare
1104 Country Hills Dr., Suite 300
Ogden, UT 84403

RE:   Victor Jensen
ID#:  ███████████

Dear Ms. Wright:

The Altius Advantra Appeals and Grievances Department has completed a review of the request for coverage of the inpatient level of care provided to the above referenced member on January 9-13, 2015. Upon review, it was determined to uphold the denial. The patient is an 86 year old man with a history of dementia, renal insufficiency, diabetes, and DVT with PE was taken to ER by his family for increased weakness, fall with no apparent injury, and slurred speech. His initial exam was unremarkable except for confusion. Blood work, CT of head and spine all unremarkable for acute disease. Blood sugar somewhat low at 86 and 75. Member's condition thought to be chronic disease probably made worse by current medications. This could have been managed at a lower level of care such as observation. The criterion used in this determination was, InterQual 2014 Acute Adult Hypoglycemia.

We appreciate your patience while waiting for our response and hope the information is helpful. If you have any additional questions or concerns, please contact the Customer Service Department at 1-866-784-4918.

Sincerely,

*Tracy Forst*

Tracy Forst
Complaint and Grievance Analyst
Customer Resolution Team

A Coordinated Care plan with a Medicare Advantage contract
Altius Advantra is offered by Altius Health Plans, Inc.





10150 S. Centennial
Parkway Suite 450
Sandy, UT 84070

Tel: 801-353-1234
800-365-1334

www.altiushealthplans.com

February 26, 2016

Renee Wright
Intermountain Healthcare
1104 Country Hills Drive, Suite 300
Ogden, UT 84403

RE:    Charles Larsen
ID#:   ▮▮▮▮▮▮▮
DOS:   May 11, 2015
Acct:  ▮▮▮▮▮▮▮
Case:  2016012502729

Dear Ms. Wright:

The Coventry provider appeals and grievances department including myself has completed a review of your request for additional reimbursement for Inpatient level of care. Based on our review of available information, including Sources: appeal letter, cardiac catheter report, cardiac consultation, internal medicine consultation, discharge documentation, and Resources: Milliman Care Guidelines®, 19th Edition/Inpatient and Surgical Care General Recovery Guidelines, Myocardial Infarction M-230 (ISC) and Chest Pain M-89 (ISC), we have made the following determination.

Based upon our review of the information provided, we are upholding the previous denial for the inpatient days of 05/11/2015 - 05/12/2015. The basis for this determination is that this 78 year old male member presented with chest pain and anemia (hemoglobin 8.1). The member was admitted for cardiac monitoring, cardiology consultation, and treatment with heparin, low dose aspirin, statin and empiric initiation of beta blocker. Cardiac catheter study revealed multi-vessel coronary artery disease. Max troponin 0.5 without ST segment changes. Cardiology report indicates profound anemia likely exacerbating underlying ischemic heart disease. Member received 1 unit of packed red blood cells and was transferred to tertiary care facility for further evaluation and treatment. The submitted clinical information does not indicate that the member had hemodynamic instability, respiratory distress, electrocardiogram (EKG) changes consisted with acute myocardial infarct (heart attack), or trending cardiac biomarkers (heart muscle tests) indicating heart muscle damage to support acute myocardial infarct (heart attack) diagnosis.



# COVENTRY°
## Health Care
### ALTIUS°HEALTH PLANS

10150 S
Centennial PKY
Suite 450
Sandy Utah 11070
1-866-784-4918
www.altiushealth.com

August 11, 2015 (10:50am)

Denise Danens
Centralized Appeals
Intermountain Healthcare
1104 Country Hills Dr, Suite 300
Ogden, UT 84403

RE:     Bruce Owens
ID#:
Dates of Service: February 18-20, 2015
Acct#:
Case#:     2015080302847

Dear Ms. Danens:

The Altius Advantra Appeals and Grievances Department has completed a review of the request for coverage of inpatient services provided to Mr. Owens on February 18-20, 2015. Upon review, it was determined to uphold the denial, as this inpatient admission is considered to be a readmission. Mr. Owens was hospitalized and treated for diabetic complications and hypoglycemia and was discharged on February 16, 2015. He was readmitted on February 17, 2015, with hypoglycemia and diabetic complications. There does not appear to be any new disease process that caused the readmission.

We appreciate your patience while waiting for our response and hope the information is helpful. If you have any additional questions or concerns, please contact the Customer Service Department at 1-866-784-4918.

Sincerely,

*Tracy Forst*

Tracy Forst
Complaint and Grievance Analyst
Customer Resolution Team

A Coordinated Care plan with a Medicare Advantage contract
Altius Advantra is offered by Altius Health Plans, Inc.



Customer Resolution Team
Altius Health Plans
PO Box 981119
El Paso, Texas 79998-1119

March 7, 2017

RECEIVED MAR 2 0 2017

130-1203502370

Connie Combe
Intermountain Healthcare Centralized Appeals
2195 University Park Blvd.
Layton, UT 84041

Provider Name:             Logan Regional Hospital
Date(s) of Service:        October 20-22, 2016
Patient Account Number:    ▮▮▮▮▮▮▮▮▮▮
Claim Number(s):           8631902356
Member Name:               Donna Reid
Member ID:                 ▮▮▮▮▮▮▮
Case Number(s):            2017012602859

Dear Ms. Combe:

The Altius Advantra Appeals and Grievances Department has completed a review of your request for a reconsideration of the denial determination for the following services:

**Inpatient services provided on October 20-22, 2016,**

Our medical director, nurse analyst and appeal analyst have reviewed the available information, including the appeal request, submitted medical records and Milliman Care Guidelines (MCG), Inpatient and Surgical Care 20th Edition, M-150 Diverticulitis, Acute (ISC), we have made the following determination.

Based upon our review of the information provided, we are upholding the previous denial for the inpatient day(s) of October 20-22, 2016. The basis for this determination is the member is an 87 year old female with abdominal pain with episodes of diarrhea and dry heaving. An Abdominal and pelvic computerized tomography (CT) scan revealed sigmoid diverticulitis in setting of extensive sigmoid diverticulosis. She was treated with intravenous antibiotics, pain medication and nausea medication. The submitted medical records do not document peritoneal signs on physical examination (e.g., acute abdominal pain, abdominal tenderness and guarding), hemodynamic instability, persistent gross bleeding per rectum, significant abnormality on imaging study, high

fever or infection requiring inpatient admission, severe pain requiring acute inpatient management or severe electrolyte abnormalities requiring inpatient care. The MCG guidelines for inpatient level of care were not met. The member's care could have been rendered at a lower level of care

We appreciate your patience while waiting for our response and hope the information is helpful. If you have any additional questions or concerns, please contact the Customer Service Department at 1-866-784-4918.

Sincerely,

*Tracy Forst*

Tracy Forst
Complaint and Grievance Analyst
Customer Resolution Team

130-1202202962

MAY   6 2016



COVENTRY®
Health Care
ALTIUS°HEALTH PLANS

10130 S.
Coventrid PKY
Suite 450
Sandy Utah 84070
1-866-784-8918
www.chicoedventra.com

May 3, 2016 (3:00pm)

Jody Iddings
Intermountain Healthcare
Centralized Appeals
1104 Country Hills Dr., Suite 300
Ogden, UT 84403

| | |
|---|---|
| Member Name: | Max Spackman |
| ID: | ███████ |
| Date of Service: | June 10-11, 2015 |
| Claim: | 26658727 |
| Case: | ███████ |

Dear Ms. Iddings:

The Altius Advantra Appeals and Grievances Department, has completed a review of your request for a reconsideration of the denial determination for the following services:

**Inpatient services provided on June 10-11, 2015 at Logan Regional Medical Center,**

Our medical director, nurse analyst and appeal analyst have reviewed the available information, including the appeal letter, emergency room notes, history and physical and Milliman Clinical Care Guidelines, (MCG®), Inpatient and Surgical Care 19th Edition, ORG: Pneumonia, Community Acquired , we have made the following determination.

Based upon our review of the information provided, we are upholding the previous denial for the inpatient day(s) of June 10, 2015 to June 11, 2015. The basis for this determination is the member was admitted with mild pneumonia and near syncope. His oxygen level was normal, as was his blood count. He was discharged the next day. Inpatient criteria of MCG®, Inpatient and Surgical Care 19th Edition, ORG: Pneumonia, Community Acquired was not met. Your appeal rights are now exhausted.

We appreciate your patience while waiting for our response and hope the information is helpful. If you have any additional questions or concerns, please contact the Customer Service Department at 1-866-784-4918.

Sincerely,

*Tracy Forst*

Tracy Forst
Complaint and Grievance Analyst
Customer Resolution Team

# Exhibit D

# STRONG & HANNI
## LAW FIRM

A PROFESSIONAL CORPORATION

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT  84111

T  :(801) 532-7080
F  :(801) 596-1508
WWW.STRONGANDHANNI.COM

| | | |
|---|---|---|
| GLENN C. HANNI, P.C. | MICHAEL J. MILLER ¹⁰ | KATHRYN T. SMITH |
| HENRY E. HEATH | ANDREW D. WRIGHT | RON W. HAYCOCK, JR. |
| PHILIP R. FISHLER | BYRON G. MARTIN ¹⁰ | BROOKE JOHNSON |
| ROGER H. BULLOCK | BENJAMIN P. THOMAS | ANDREW D. DAY |
| PAUL M. BELNAP | LANCE H. LOCKE | NICHOLAS E. DUDOICH |
| STUART H. SCHULTZ | A. JOSEPH SANO | GREGORY N. GUNN |
| BRIAN C. JOHNSON ⁷ | JAMES C. THOMPSON | ALAN R. HOUSTON |
| PAUL W. HESS | KARMEN C. SCHMID | ALLISON S. MILES |
| STEPHEN J. TRAYNER | LORI A. JACKSON | NATHAN R. WHITE |
| STANFORD P. FITTS ¹¹ | WILLIAM B. INGRAM | JASON L. DEFOREST |
| BRADLEY W. BOWEN | RYAN P. ATKINSON ¹¹ | JESSICA J. JOHNSTON |
| PETER H CHRISTENSEN⁹¹⁴ | JENNIFER R. CARRIZAL | JOHN C. SARAGER ¹ |
| ROBERT L. JANICKI ⁴ | JEREMY C. KNIGHT ¹ | FREDRICK J. PENA |
| H. BURT RINGWOOD | AHDLEY B | |
| CATHERINE M. LARSON | SANÉ A TI | |
| KRISTIN A. VANORMAN | CASEY W. J | |
| KENT M. BROWN ⁶ | RYAN C. BI | |
| PETER H. BARLOW ¹ | MICHAEL A. BI | |
| MICHAEL L. FORD ⁴¹⁰ | KATHLEEN | |
| CRAGEN P. JACKSON ⁵ | CHET W. N | |
| H. SCOTT JACOBSON | S. SPENCE | |

¹ ALSO MEMBER ARIZONA BAR
² ALSO MEMBER CALIFORNIA BAR
³ ALSO MEMBER COLORADO BAR
⁴ ALSO MEMBER DISTRICT OF COLUMBIA BAR
⁵ ALSO MEMBER IDAHO BAR
⁶ ALSO MEMBER NEW YORK  BAR
⁷ ALSO MEMBER OREGON BAR
⁸ ALSO MEMBER VIRGINIA BAR
⁹ ALSO MEMBER VERMONT BAR
¹⁰ ALSO MEMBER WASHINGTON BAR
¹¹ ALSO MEMBER WYOMING BAR

OF COUNSEL

ROGER C. SEGAL
VERNON L. HOPKINSON

January 27, 2016

**CERTIFIED MAIL -- RRR**

Scott Peterson
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City, UT 84111

    RE:   *Medicare Advantage Disputes*

Dear Mr. Peterson:

      Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and Between IHC Health Services, Inc., and Altius Health Plans (the "Agreement"). I have included with this letter an acknowledgement of service for your signature.

      This demand seeks arbitration of a patient claim for Lowell Andersen that was denied payment for inpatient care. Intermountain has had this claim reviewed and feels strongly that medical necessity for inpatient treatment was warranted. The claim is attached. The amount in controversy is $5,221.09. Intermountain is seeking payment of this amount.

      Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

      Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve this dispute.



SALT LAKE OFFICE — 102 SOUTH 200 EAST, SUITE 800, SALT LAKE CITY, UTAH  84111
SANDY OFFICE — 9350 SOUTH 150 EAST, SUITE 820, SANDY, UTAH  84070

Scott Peterson
January 25, 2016
Page 2

     I look forward to hearing from you soon. Additionally, should there be any objection to the validity of this notice demanding arbitration, please contact me.

                  Very truly yours,

                  STRONG & HANNI

                  Catherine M. Larson

CML/la
Enclosures
cc:  Heidi Kingman (w/encl.)

Scott Peterson
January 25, 2016
Page 3

## <u>ACKNOWLEDGEMENT OF SERVICE</u>

I hereby accept service of this demand for arbitration on behalf of

_____.

Dated this ____ of _____, 2016.

_____
Scott Peterson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Scott Peterson
Fabian Van Cott
215 S. State St. Ste 1200
Salt Lake City UT 84111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Priority Mail Express
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7013 2250 0000 2310 4686

PS Form 3811, July 2013   Domestic Return Receipt



**STRONG & HANNI**
**LAW FIRM**

A PREMIER BUSINESS & LITIGATION LAW FIRM

SALT LAKE CITY OFFICE

102 SOUTH 200 EAST, SUITE 800

SALT LAKE CITY, UT 84111

T : (801) 532-7080

F : (801) 596-1508

WWW.STRONGANDHANNI.COM

HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON
PAUL W. HESS
STEPHEN J. TRAYNER
STANFORD P. FITTS
BRADLEY W. BOWEN
PETER H CHRISTENSEN
ROBERT L. JANICKI
H. BURT RINGWOOD
ZACHARY T. SHIELDS
CATHERINE M. LARSON
KRISTIN A. VANORMAN
KENT M. BROWN
PETER H. BARLOW
MICHAEL L. FORD
GRADEN P. JACKSON

H. SCOTT JACOBSON
MICHAEL J. MILLER
ANDREW D. WRIGHT
BYRON G. MARTIN
BENJAMIN P. THOMAS
LANCE H. LOCKE
MICHAEL D. STANGER
A. JOSEPH SANO
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
WILLIAM B. INGRAM
RYAN P. ATKINSON
JENNIFER R. CARRIZAL
JEREMY G. KNIGHT
JOHN M. ZIDOW
ANDREW B. McDANIEL
SADÉ A. TURNER
CASEY W. JONES
RYAN C. BULLOCK
MICHAEL A. STAHLER

KATHLEEN J. ABKE
MARSHALL J. HENDRICKSON
CHET W. NEILSON
S. SPENCER BROWN
KATHRYN T. SMITH
RON W. HAYCOCK, JR.
JOSEPH SHAPIRO
ANDREW D. DAY
NICHOLAS E. DUDOICH
ALAN R. HOUSTON
ALLISON S. MILES
JASON L. DEFOREST
JESSICA J. JOHNSTON
FREDRICK J. PENA
AXEL TRUMBO
JOHN C. SARAGER
ASHLEY F. LEONARD
SCARLET R. SMITH
KYLE J. HOYT
JACK DAVID SMART

1 ALSO MEMBER ARIZONA BAR
2 ALSO MEMBER CALIFORNIA BAR
3 ALSO MEMBER COLORADO BAR
4 ALSO MEMBER DISTRICT OF COLUMBIA BAR
5 ALSO MEMBER IDAHO BAR
6 ALSO MEMBER NEVADA BAR
7 ALSO MEMBER NEW YORK BAR
8 ALSO MEMBER OREGON BAR
9 ALSO MEMBER VIRGINIA BAR
10 ALSO MEMBER VERMONT BAR
11 ALSO MEMBER WASHINGTON BAR
12 ALSO MEMBER WYOMING BAR

OF COUNSEL

ROGER G. SEGAL
VERNON L. HOPKINSON
MARK M. HOWARD

GORDON R. STRONG
(1909-1969)
GLENN C. HANNI
(1923-2015)

ESTABLISHED 1888

May 19, 2017

<u>CERTIFIED MAIL -- RRR</u>
Kevin Lawlor
Vice President
Network Development and Management
Altius Health Plans
10421 S. Jordan Gateway, Suite 400
South Jordan, Utah 84095

  RE:  *Medicare Advantage Dispute – Gloria Bender*

Dear Mr.Lawlor:

  Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and Between IHC Health Services, Inc., and Altius Health Plans (the "Agreement").

  This demand seeks arbitration of a claim that was denied payment for inpatient care. Intermountain has had this claim reviewed and feels strongly that medical necessity for inpatient treatment was warranted. The claim is attached. The amount in controversy is $8,101.85. Intermountain is seeking payment of this amount.

  Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

  Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve these disputes.

  I look forward to hearing from you soon. Additionally, should there by any objection to the validity of this notice demanding arbitration, please contact me.



SALT LAKE OFFICE — 102 SOUTH 200 EAST, SUITE 800, SALT LAKE CITY, UTAH  84111
SANDY OFFICE — 9350 SOUTH 150 EAST, SUITE 820, SANDY, UTAH  84070

Page 2

Very truly yours,

STRONG & HANNI

*Catherine M. Larson*

Catherine M. Larson

CML/dl
Enclosure
cc: Heidi Kingman (w/encl.)
002251.00239



**STRONG & HANNI**
**LAW FIRM**

A Premier Business & Litigation Law Firm

Salt Lake City Office
102 South 200 East, Suite 800
Salt Lake City, UT 84111

T : (801) 532-7080
F : (801) 596-1508
WWW.STRONGANDHANNI.COM

HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON ²
PAUL W. HESS
STEPHEN J. TRAYNER
STANFORD P. FITTS ¹²
BRADLEY W. BOWEN
PETER H CHRISTENSEN ¹²
ROBERT L. JANICKI ⁵
H. BURT RINGWOOD
ZACHARY T. SHIELDS
CATHERINE M. LARSON
KRISTIN A. VANORMAN
KENT M. BROWN ⁵
PETER H. BARLOW ⁵
MICHAEL L. FORD ⁴ ⁸ ⁹ ¹²
GRADEN P. JACKSON ³

H. SCOTT JACOBSON
MICHAEL J. MILLER ¹¹
ANDREW D. WRIGHT
BYRON C. MARTIN ¹¹
BENJAMIN P. THOMAS
LANCE H. LOCKE
MICHAEL D. STANGER ⁶
A. JOSEPH SANO
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
WILLIAM B. INGRAM
RYAN P. ATKINSON ¹³
JENNIFER R. CARRIZAL
JEREMY C. KNIGHT ⁶
JOHN M. ZIDOW
ANDREW B. McDANIEL
SADÉ A. TURNER ⁶
CASEY W. JONES
RYAN C. BULLOCK
MICHAEL A. STAHLER ⁷ ¹⁰

KATHLEEN J. ABKE
MARSHALL J. HENDRICKSON
CHET W. NEILSON²
S. SPENCER BROWN
KATHRYN T. SMITH ¹³
RON W. HAYCOCK, JR.
JOSEPH SHAPIRO ²
ANDREW D. DAY
NICHOLAS E. DUDOICH
ALAN R. HOUSTON
ALLISON S. MILES
JASON L. DEFOREST
JESSICA J. JOHNSTON
FREDRICK J. PENA
AXEL TRUMBO
JOHN C. SARAGER ⁵
ASHLEY F. LEONARD¹¹
SCARLET R. SMITH
KYLE J. HOYT
JACK DAVID SMART

1 ALSO MEMBER ARIZONA BAR
2 ALSO MEMBER CALIFORNIA BAR
3 ALSO MEMBER COLORADO BAR
4 ALSO MEMBER DISTRICT OF COLUMBIA BAR
5 ALSO MEMBER IDAHO BAR
6 ALSO MEMBER NEVADA BAR
7 ALSO MEMBER NEW YORK BAR
8 ALSO MEMBER OREGON BAR
9 ALSO MEMBER WISCONSIN BAR
10 ALSO MEMBER VERMONT BAR
11 ALSO MEMBER WASHINGTON BAR
12 ALSO MEMBER WYOMING BAR

OF COUNSEL
----
ROGER G. SEGAL
VERNON L. HOPKINSON
MARK H. HOWARD
----
GORDON R. STRONG
(1909-1969)
GLENN C. HANNI
(1923-2015)

ESTABLISHED 1888

May 30, 2017

CERTIFIED MAIL -- RRR
Kevin Lawlor
Vice President
Network Development and Management
Altius Health Plans
10150 South Centennial Parkway Suite 450
Sandy, UT 84070

     RE:   *Medicare Advantage Dispute – Gloria Bender*

Dear Mr.Lawlor:

     Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and Between IHC Health Services, Inc., and Altius Health Plans (the "Agreement").

     This demand seeks arbitration of a claim that was denied payment for inpatient care. Intermountain has had this claim reviewed and feels strongly that medical necessity for inpatient treatment was warranted. The claim is attached. The amount in controversy is $8,101.85. Intermountain is seeking payment of this amount.

     Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

     Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve these disputes.

     I look forward to hearing from you soon. Additionally, should there by any objection to the validity of this notice demanding arbitration, please contact me.



SALT LAKE OFFICE — 102 South 200 East, Suite 800, Salt Lake City, Utah  84111
SANDY OFFICE — 9350 South 150 East, Suite 820, Sandy, Utah  84070

Page 2

Very truly yours,

STRONG & HANNI

Catherine M. Larson

CML/dl
Enclosure
cc: Heidi Kingman (w/encl.)
002251.00239



**STRONG & HANNI**
**LAW FIRM**

A PROFESSIONAL CORPORATION

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT 84111

T : (801) 532-7080
F : (801) 596-1508
WWW.STRONGANDHANNI.COM

GLENN C. HANNI, P.C.
HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON *
PAUL W. HESS
STEPHEN J. TRAYNER
STANFORD P. FITTS ¹¹
BRADLEY W. BOWEN
PETER H CHRISTENSEN³¹¹
ROBERT L. JANICKI ⁵
H. BURT RINGWOOD
CATHERINE M. LARSON
KRISTIN A. VANORMAN
KENT M. BROWN ⁵
PETER H. BARLOW ⁵
MICHAEL L. FORD ⁴¹⁸
GRADEN P. JACKSON ¹
H. SCOTT JACOBSON

MICHAEL J. MILLER ¹⁰
ANDREW D. WRIGHT
BYRON G. MARTIN ¹⁰
BENJAMIN P. THOMAS
LANCE H. LOCKE
A. JOSEPH SANO
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
WILLIAM B. INGRAM
RYAN P. ATKINSON ¹¹
JENNIFER R. CARRIZAL
JEREMY G. KNIGHT ⁵
ANDREW B. McDANIEL
SADÉ A. TURNER ⁵
CASEY W. JONES
RYAN C. BULLOCK
MICHAEL A. STAHLER¹⁸
KATHLEEN J. ABKE
CHET W. NELSON²
S. SPENCER BROWN

KATHRYN T. SMITH
RON W. HAYCOCK, JR.
BROOKE JOHNSON
ANDREW D. DAY
NICHOLAS E. DUDOICH
GREGORY N. GUNN
ALAN R. HOUSTON
ALLISON S. MILES
NATHAN R. WHITE
JASON L. DEFOREST
JESSICA J. JOHNSTON
JOHN C. SARAGER ⁵
FREDRICK J. PENA

1 ALSO MEMBER ARIZONA BAR
2 ALSO MEMBER CALIFORNIA BAR
3 ALSO MEMBER COLORADO BAR
4 ALSO MEMBER DISTRICT OF COLUMBIA BAR
5 ALSO MEMBER IDAHO BAR
6 ALSO MEMBER NEW YORK BAR
7 ALSO MEMBER OREGON BAR
8 ALSO MEMBER VEGAS BAR
9 ALSO MEMBER VERMONT BAR
10 ALSO MEMBER WASHINGTON BAR
11 ALSO MEMBER WYOMING BAR

OF COUNSEL

ROGER G. SEGAL
VERNON L. HOPKINSON
—————————
GORDON R. STRONG
(1909-1969)

ESTABLISHED 1888

September 29, 2015

<u>CERTIFIED MAIL -- RRR</u>
Kevin Lawlor
Vice President
Network Development and Management
Altius Health Plans
10421 S. Jordan Gateway, Suite 400
South Jordan, Utah 84095

     RE:   *Medicare Advantage Disputes*

Dear Mr. Lawlor:

     Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and Between IHC Health Services, Inc., and Altius Health Plans (the "Agreement").

     This demand seeks arbitration of two patient claims that were denied payment for inpatient care. Intermountain has had these claims reviewed and feels strongly that medical necessity for inpatient treatment was warranted. The two claims are attached. The amounts in controversy are Bullen ($7,249.61) and Draper ($6,960.44). Intermountain is seeking payment of these amounts.

     Intermountain has made a good faith attempt to resolve these claims, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

     Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve these disputes. Because each set of claims involve similar issues, it would be most prudent and within the guidelines of the Utah Uniform Arbitration Act to consolidate these matters.



SALT LAKE OFFICE — 102 SOUTH 200 EAST, SUITE 800, SALT LAKE CITY, UTAH  84111
SANDY OFFICE — 9350 SOUTH 150 EAST, SUITE 820, SANDY, UTAH  84070

Page 2

I look forward to hearing from you soon. Additionally, should there be any objection to the validity of this notice demanding arbitration, please contact me.

Very truly yours,

STRONG & HANNI

Catherine M. Larson

Catherine M. Larson

CML/dls
Enclosures
cc: Heidi Kingman (w/encl.)
002251.00169

# STRONG & HANNI
## LAW FIRM

A PREMIER BUSINESS & LITIGATION LAW FIRM

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT 84111

T : (801) 532-7080
F : (801) 596-1508

WWW.STRONGANDHANNI.COM

HENRY E. HEATH
PHILIP A. FISHLER
ROGER H. BULLOCK
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON
STEPHEN J. TRAYNER
STANFORD P. FITTS
BRADLEY W. BOWEN
PETER H CHRISTENSEN
ROBERT L. JANICKI
H. BURT RINGWOOD
ZACHARY T. SHIELDS
CATHERINE M. LARSON
KRISTIN A. VANDERMAN
KENT M. BROWN
PETER H. BARLOW
MICHAEL L. FORD
GRADEN P. JACKSON
H. SCOTT JACOBSON

MICHAEL J. MILLER
ANDREW D. WRIGHT
BYRON G. MARTIN
BENJAMIN P. THOMAS
LANCE H. LOCKE
MICHAEL D. STANGER
A. JOSEPH SANO
JACOB S. REDD
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
WILLIAM B. INGRAM
RYAN P. ATKINSON
JENNIFER B. CARRIZAL
JOHN M. ZIDOW
ANDREW B. MCDANIEL
SADE A. TURNER
CASEY W. JONES
RYAN C. BULLOCK
MICHAEL A. STAHLER

KATHLEEN J. ABKE
MARSHALL J. HENDRICKSON
CHET W. NEILSON
S. SPENCER BROWN
KATHRYN T. SMITH
RON W. HAYCOCK, JR.
JOSEPH SHAPIRO
ANDREW D. DAY
NICHOLAS E. DUDOICH
ALAN R. HOUSTON
ALLISON S. MILES
JASON L. DEFOREST
JESSICA J. JOHNSTON
FREDRICK J. PENA
AXEL TRUMBO
ASHLEY F. LEONARD
JOHN C. SARACER
SCARLEY G. SMITH
KYLE J. HOYT
JACK DAVID SMART

1 ALSO MEMBER ARIZONA BAR
2 ALSO MEMBER CALIFORNIA BAR
3 ALSO MEMBER COLORADO BAR
4 ALSO MEMBER DISTRICT OF COLUMBIA BAR
5 ALSO MEMBER IDAHO BAR
6 ALSO MEMBER NEVADA BAR
7 ALSO MEMBER NEW YORK BAR
8 ALSO MEMBER OREGON BAR
9 ALSO MEMBER VIRGINIA BAR
10 ALSO MEMBER WYOMING BAR
11 ALSO MEMBER WASHINGTON BAR
12 ALSO MEMBER WYOMING BAR

OF COUNSEL
PAUL W. HESS
MARK H. HOWARD
DAVID N. REDD

GORDON R. STRONG
(1909-1969)
GLENN C. HANNI
(1923-2015)

September 28, 2017

<u>**CERTIFIED MAIL -- RRR**</u>

Kathleen LeFevre
Manager, Altius Health Plans
10421 South Jordan Gateway
South Jordan, Utah 84095

RE:    *Medicare Advantage Dispute – Donna Cirrincione*

Dear Ms. LeFevre:

Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and Between IHC Health Services, Inc., and Altius Health Plans and Aetna Health Management (the "Agreement"). I have included with this letter an acknowledgement of service for your signature.

This demand seeks arbitration of a patient claim for Donna Cirrincione that was denied payment for Musculoskeletal Disease. Intermountain has had this claim reviewed and feels strongly that this admission and level of care are appropriate. The claim is attached. The amount in controversy is $8,551.86. Intermountain is seeking payment of this amount.

Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve this dispute.



SALT LAKE OFFICE — 102 SOUTH 200 EAST, SUITE 800, SALT LAKE CITY, UTAH  84111
SANDY OFFICE — 9350 SOUTH 150 EAST, SUITE 820, SANDY, UTAH  84070

Page 2

I look forward to hearing from you soon. Additionally, should there be any objection to the validity of this notice demanding arbitration, please contact me.

Very truly yours,

STRONG & HANNI

Catherine M. Larson

Catherine M. Larson

CML/dl
Enclosures
cc:  Heidi Kingman (w/encl.)

## ACKNOWLEDGEMENT OF SERVICE

I hereby accept service of this demand for arbitration on behalf of
_____.

Dated this ____ of _____, 2017.

_____
Kathleen LeFevre



**STRONG & HANNI**
**LAW FIRM**

A PREMIER BUSINESS & LITIGATION LAW FIRM

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT  84111

T : (801) 532-7080
F : (801) 596-1508

WWW.STRONGANDHANNI.COM

HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON ³
STEPHEN J. TRAYNER
STANFORD P. FITTS ¹²
BRADLEY W. BOWEN
PETER H CHRISTENSEN¹¹¹
ROBERT L. JANICKI ⁵
H. BURT RINGWOOD
ZACHARY T. SHIELDS
CATHERINE M. LARSON
KRISTIN A. VANORMAN
KENT M. BROWN ⁹
PETER H. BARLOW ⁶
MICHAEL L. FORD ¹ ⁵ ¹²
GRADEN P. JACKSON ³
H. SCOTT JACOBSON

MICHAEL J. MILLER ¹⁵
ANDREW D. WRIGHT
BYRON G. MARTIN ¹⁴
BENJAMIN P. THOMAS
LANCE H. LOCKE
MICHAEL D. STANGER ⁴
A. JOSEPH SAAD
JACOB S. REDD
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
WILLIAM B. INGRAM
RYAN P. ATKINSON ¹⁷
JENNIFER R. CABRIZAL
JOHN M. ZIDOW
ANDREW B. McDANIEL
SADÉ A. TURNER ⁹
CASEY W. JONES
RYAN C. BULLOCK
MICHAEL A. STAHLER ⁷ ¹⁰

KATHLEEN J. ABKE
MARSHALL J. HENDRICKSON
CHET W. NEILSON³
S. SPENCER BROWN
KATHRYN T. SMITH ¹²
RON W. HAYCOCK, JR.
JOSEPH SHAPIRO ²
ANDREW D. DAY
NICHOLAS E. DUDOICH
ALAN R. HOUSTON
ALLISON S. MILES
JASON L. DEFOREST
JESSICA J. JOHNSTON
FREDRICK J. PENA
AXEL TRUMBO
ASHLEY F. LEONARD¹¹
JOHN C. SARAGER ¹
SCARLET R. SMITH
KYLE J. HOYT
JACK DAVID SMART

1 ALSO MEMBER ARIZONA BAR
2 ALSO MEMBER CALIFORNIA BAR
3 ALSO MEMBER COLORADO BAR
4 ALSO MEMBER DISTRICT OF COLUMBIA BAR
5 ALSO MEMBER IDAHO BAR
6 ALSO MEMBER NEVADA BAR
7 ALSO MEMBER NEW YORK BAR
8 ALSO MEMBER OREGON BAR
9 ALSO MEMBER WISTA BAR
10 ALSO MEMBER VERMONT BAR
11 ALSO MEMBER WASHINGTON BAR
12 ALSO MEMBER WYOMING BAR

OF COUNSEL
————
PAUL W. HESS
MARK H. HOWARD
DAVID K. REDD

————
GORDON R. STRONG
(1909-1959)
GLENN C. HANNI
(1923-2015)

October 4, 2017

<u>CERTIFIED MAIL -- RRR</u>

Kathleen LeFevre
Manager, Altius Health Plans
10150 Centennial Parkway, Suite 450
Sandy, Utah 84070

   RE: *Medicare Advantage Dispute – Donna Cirrincione*

Dear Ms. LeFevre:

  Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and Between IHC Health Services, Inc., and Altius Health Plans and Aetna Health Management (the "Agreement"). I have included with this letter an acknowledgement of service for your signature.

  This demand seeks arbitration of a patient claim for Donna Cirrincione that was denied payment for Musculoskeletal Disease. Intermountain has had this claim reviewed and feels strongly that this admission and level of care was appropriate. The claim is attached. The amount in controversy is $8,551.86. Intermountain is seeking payment of this amount.

  Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

  Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve this dispute.



SALT LAKE OFFICE — 102 SOUTH 200 EAST, SUITE 800, SALT LAKE CITY, UTAH  84111
SANDY OFFICE — 9350 SOUTH 150 EAST, SUITE 820, SANDY, UTAH  84070

Page 2

I look forward to hearing from you soon. Additionally, should there be any objection to the validity of this notice demanding arbitration, please contact me.

Very truly yours,

STRONG & HANNI

Catherine M. Larson

CML/dl
Enclosures
cc:  Heidi Kingman (w/encl.)

## ACKNOWLEDGEMENT OF SERVICE

I hereby accept service of this demand for arbitration on behalf of

_____

Dated this ____ of _____, 2017.

_____
Kathleen LeFevre

# STRONG & HANNI
## LAW FIRM

A PROFESSIONAL CORPORATION

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT 84111

T : (801) 532-7080
F : (801) 596-1508
WWW.STRONGANDHANNI.COM

GLENN C. HANNI, P.C.
HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON ²
PAUL W. HESS
STEPHEN J. TRAYNER
STANFORD P. FITTS ¹¹
BRADLEY W. BOWEN
PETER H CHRISTENSEN ¹¹¹
ROBERT L. JANICKI ¹
H. BURT RINGWOOD
CATHERINE M. LARSON
KRISTIN A. VANDERMAN
KENT M. BROWN ³
PETER H. BARLOW ⁵
MICHAEL L. FORD ⁴ᴮ
GRADEN P. JACKSON ³
H. SCOTT JACOBSON

MICHAEL
ANDREW
BYRON C
BENJAMIN
LANCE H.
A. JOSEPH
JAMES C.
KARMEN
LORI A.
WILLIAM
RYAN P.
JENNIFER
JEREMY C
ANDREW
SADE A.
CASEY W
RYAN C.
MICHAEL
KATHLEE
CHET W.
S. SPENC

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here   7/12/16

Sent To   Kathleen LeFevre
Street, Apt. No.; or PO Box No.   Altius
City, State, ZIP+4

PS Form 3800, August 2006                    See Reverse for Instructions

July 12, 2016

## CERTIFIED MAIL -- RRR

Kathleen LeFevre
Manager, Altius Health Plans
10150 S. Centennial Parkway, Suite 450
Sandy, Utah 84070

  RE: *Medicare Advantage Dispute*

Dear Ms. LeFevre:

  Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and Between IHC Health Services, Inc., and Altius Health Plans and Aetna Health Management (the "Agreement"). I have included with this letter an acknowledgement of service for your signature.

  This demand seeks arbitration of a patient claim for Sara Duncan that was denied payment for diagnosis of severe malnutrition. Intermountain has had this claim reviewed and feels strongly that this diagnosis code was warranted. The claim is attached. The amount in controversy is $4,811.59. Intermountain is seeking payment of this amount.

  Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

  Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve this dispute.



Page 2

I look forward to hearing from you soon. Additionally, should there be any objection to the validity of this notice demanding arbitration, please contact me.

Very truly yours,

STRONG & HANNI

Catherine M. Larson

CML/la
Enclosures
cc: Heidi Kingman (w/encl.)

### ACKNOWLEDGEMENT OF SERVICE

I hereby accept service of this demand for arbitration on behalf of

_____.

Dated this ____ of _____, 2016.

_____
Kathleen LeFevre

 **STRONG & HANNI LAW FIRM**

A Premier Business & Litigation Law Firm

Salt Lake City Office
102 South 200 East, Suite 800
Salt Lake City, UT 84111

T : (801) 532-7080
F : (801) 596-1508
WWW.STRONGANDHANNI.COM

 May 2, 2016

Scott M. Peterson
FABIAN VANCOTT
215 South State Street, Suite 215
Salt Lake City, Utah 84111

RE:   *Medicare Advantage Dispute – Leo Gessel*

Dear Scott:

Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and Between IHC Health Services, Inc., and Altius Health Plans (the "Agreement").

This demand seeks arbitration of a claim for Leo Gessel that was denied payment for inpatient care. Intermountain has had this claim reviewed and feels strongly that medical necessity for inpatient treatment was warranted. The claim is attached. The amount in controversy is $5,391.37. Intermountain is seeking payment of this amount.

Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve this dispute.

I look forward to hearing from you soon. Additionally, should there be any objection to the validity of this notice demanding arbitration, please contact me.

SALT LAKE OFFICE — 102 South 200 East, Suite 800, Salt Lake City, Utah 84111
SANDY OFFICE — 9350 South 150 East, Suite 820, Sandy, Utah 84070

May 2, 2016
Page 2

Very truly yours,

STRONG & HANNI

Catherine M. Larson

CML/la
Enclosure
cc: Heidi Kingman (w/encl.)
002251.xxx



# STRONG & HANNI
# LAW FIRM

A PREMIER BUSINESS & LITIGATION LAW FIRM

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT 84111

T : (801) 532-7080
F : (801) 596-1508

WWW.STRONGANDHANNI.COM

| | | | |
|---|---|---|---|
| HENRY E. HEATH | ANDREW D. WRIGHT | CHET W. NEILSON ⁸ | 1 ALSO MEMBER CALIFORNIA BAR |
| PHILIP R. FISHLER | BYRON G. MARTIN ¹¹ | S. SPENCER BROWN | 2 ALSO MEMBER COLORADO BAR |
| ROGER H. BULLOCK | BENJAMIN P. THOMAS | KATHRYN T. SMITH ¹² | 3 ALSO MEMBER DISTRICT OF COLUMBIA BAR |
| PAUL M. BELNAP | LANCE H. LOCKE | RON W. HAYCOCK, JR. | 4 ALSO MEMBER IDAHO BAR |
| STUART H. SCHULTZ | MICHAEL O. STANGER ⁶ | JOSEPH SHAPIRO ⁷ | 5 ALSO MEMBER NEBRASKA BAR |
| BRIAN C. JOHNSON ⁹ | A. JOSEPH SANO | ANDREW D. DAY | 6 ALSO MEMBER NEVADA BAR |
| STEPHEN J. TRAYNER | JACOB S. REDD | NICHOLAS E. DUDOICH | 7 ALSO MEMBER NEW YORK BAR |
| STANFORD P. FITTS ¹² | JAMES C. THOMPSON | ALAN R. HOUSTON | 8 ALSO MEMBER OREGON BAR |
| BRADLEY W. BOWEN | KARMEN C. SCHMID | ALLISON S. MILES | 9 ALSO MEMBER VIRGINIA BAR |
| PETER H CHRISTENSEN ² ¹² | LORI A. JACKSON | JASON L. DEFOREST | 10 ALSO MEMBER VERMONT BAR |
| ROBERT L. JANICKI ⁴ | WILLIAM S. INGRAM | JESSICA J. JOHNSTON | 11 ALSO MEMBER WASHINGTON BAR |
| H. BURT RINGWOOD | RYAN P. ATKINSON ¹² | FREDRICK J. PENA | 12 ALSO MEMBER WYOMING BAR |
| ZACHARY T. SHIELDS | JENNIFER R. CARRIZAL | AXEL TRUMBO | |
| CATHERINE M. LARSON | JOHN M. ZIDOW | ASHLEY F. LEONARD ¹¹ | OF COUNSEL |
| KRISTIN A. VANORMAN | ANDREW B. McDANIEL | SCARLET R. SMITH | ———————— |
| KENT M. BROWN ⁴ | SADÉ A. TURNER ⁸ | STEVEN M. EDMONDS | PAUL W. HESS |
| PETER H. BARLOW ⁴ | CASEY W. JONES | KYLE J. HOYT | MARK H. HOWARD |
| MICHAEL L. FORD ³ ⁴ ⁹ ¹² | RYAN C. BULLOCK | JACK DAVID SMART | DAVID K. REDD |
| GRADEN P. JACKSON ² | MICHAEL A. STAHLER ⁷ ¹⁰ | NICHOLAS R. REMKES ⁵ | ———————— |
| H. SCOTT JACOBSON | KATHLEEN J. ABKE | AARON H. SMITH | GORDON R. STRONG |
| MICHAEL J. MILLER ¹¹ | MARSHALL J. HENDRICKSON | RYAN C. ULAICH | (1909–1959) |
| | | | GLENN C. HANNI |
| | | | (1923–2015) |
| | | | ———————— |
| | | | ESTABLISHED 1888 |

November 7, 2017

## CERTIFIED MAIL -- RRR

Kathleen LeFevre
Manager, Altius Health Plans
10150 Centennial Parkway, Suite 450
Sandy, Utah 84070

     RE:   *Medicare Advantage Dispute – Jeanne E. Hendershot*

Dear Ms. LeFevre:

     Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and Between IHC Health Services, Inc., and Altius Health Plans and Aetna Health Management (the "Agreement"). I have included with this letter an acknowledgement of service for your signature.

     This demand seeks arbitration of a patient claim for Jeanne E. Hendershot that was denied payment for not providing her a lower level of care. Intermountain has had this claim reviewed and feels strongly that this admission and level of care was appropriate. The claim is attached. The amount in controversy is $7,125.83. Intermountain is seeking payment of this amount.

     Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

     Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve this dispute.



SALT LAKE OFFICE — 102 SOUTH 200 EAST, SUITE 800, SALT LAKE CITY, UTAH  84111
SANDY OFFICE — 9350 SOUTH 150 EAST, SUITE 820, SANDY, UTAH  84070

Page 2

I look forward to hearing from you soon. Additionally, should there be any objection to the validity of this notice demanding arbitration, please contact me.

Very truly yours,

STRONG & HANNI

*Catherine M. Larson*

Catherine M. Larson

CML/dl
Enclosures
cc: Heidi Kingman (w/encl.)

## ACKNOWLEDGEMENT OF SERVICE

I hereby accept service of this demand for arbitration on behalf of

_____

Dated this ____ of _____, 2017.

_____
Kathleen LeFevre



**STRONG & HANNI**
**LAW FIRM**

A PREMIER BUSINESS & LITIGATION LAW FIRM

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT 84111

T : (801) 532-7080
F : (801) 596-1508

WWW.STRONGANDHANNI.COM

HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON
PAUL W. HESS
STEPHEN J. TRAYNER
STANFORD P. FITTS
BRADLEY W. BOWEN
PETER H CHRISTENSEN
ROBERT L. JANICKI
H. BURT RINGWOOD
CATHERINE M. LARSON
KRISTIN A. VANORMAN
KENT M. BROWN
PETER H. BARLOW
MICHAEL L. FORD
GRADEN P. JACKSON

H. SCOTT JACOBSON
MICHAEL J. MILLER
ANDREW D. WRIGHT
BYRON C. MARTIN
BENJAMIN P. THOMAS
LANCE H. LOCKE
A. JOSEPH SANO
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
WILLIAM B. INGRAM
RYAN P. ATKINSON
JENNIFER R. CARRIZAL
JEREMY C. KNIGHT
ANDREW B. McDANIEL
SADÉ A. TURNER
CASEY W. JONES
RYAN C. BULLOCK

MICHAEL A. STAHLER
KATHLEEN J. ABKE
CHET W. NEILSON
S. SPENCER BROWN
KATHRYN T. SMITH
RON W. HAYCOCK, JR.
BROOKE JOHNSON
ANDREW D. DAY
NICHOLAS E. DUDOICH
GREGORY N. GUNN
ALAN R. HOUSTON
ALLISON S. MILES
NATHAN R. WHITE
JASON L. DEFOREST
JESSICA J. JOHNSTON
JOHN C. SARAGER
FREDRICK J. PENA
KYLE J. HOYT

OF COUNSEL

ROGER G. SEGAL
VERNON L. HOPKINSON

GORDON R. STRONG
(1909-1969)
GLENN C. HANNI
(1923-2015)

ESTABLISHED 1888

May 3, 2016

Scott M. Peterson
FABIAN VANCOTT
215 South State Street, Suite 215
Salt Lake City, UT 84111

RE: *Medicare Advantage Dispute – Kermit Herd- AMENDED*

Dear Mr. Peterson:

Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and between IHC Health Services, Inc., and Altius Health Plans (the "Agreement").

This demand seeks arbitration of a claim for Kermit Herd that was denied payment for inpatient care. Intermountain has had this claim reviewed and feels strongly that medical necessity for inpatient treatment was warranted. The claim is attached. The amount in controversy is *$10,588.74.* Intermountain is seeking payment of this amount.

Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve this dispute.

I look forward to hearing from you soon. Additionally, should there be any objection to the validity of this notice demanding arbitration, please contact me.



May 3, 2016
Page 2

Very truly yours,

STRONG & HANNI

*/s/ Catherine M. Larson*

Catherine M. Larson

CML/la
Encl.
cc: Heidi Kingman (w/ encl.)



**STRONG & HANNI**
**LAW FIRM**

A PROFESSIONAL CORPORATION

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT 84111

T : (801) 532-7080
F : (801) 596-1508

WWW.STRONGANDHANNI.COM

GLENN C. HANNI, P.C.
HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON ³
PAUL W. HESS
STEPHEN J. TRAYNER
STANFORD P. FITTS ¹¹
BRADLEY W. BOWEN
PETER H CHRISTENSEN¹¹¹
ROBERT L. JANICKI ¹
H. BURT RINGWOOD
CATHERINE M. LARSON
KRISTIN A. VANORMAN
KENT M. BROWN ¹
PETER H. BARLOW ¹
MICHAEL L. FORD ¹⁴
GRADEN P. JACKSON ³
H. SCOTT JACOBSON

MICHAEL J. MILLER ¹⁰
ANDREW D. WRIGHT
BYRON G. MARTIN ¹⁰
BENJAMIN P. THOMAS
LANCE H. LOCKE
A. JOSEPH SANO
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
WILLIAM B. INGRAM
RYAN P. ATKINSON ¹³
JENNIFER R. CARRIZAL
JEREMY G. KNIGHT ¹
ANDREW B. McDANIEL
SADÉ A. TURNER ⁸
CASEY W. JONES
RYAN C. BULLOCK
MICHAEL A. STAHLER⁹⁹
KATHLEEN J. ABKE
CHET W. NEILSON²
S. SPENCER BROWN

KATHRYN T. SMITH
RON W. HAYCOCK, JR.
BROOKE JOHNSON
ANDREW D. DAY
NICHOLAS E. DUDOICH
GREGORY N. GUNN
ALAN R. HOUSTON
ALLISON S. MILES
NATHAN R. WHITE
JASON L. DEFOREST
JESSICA J. JOHNSTON
JOHN C. SARAGER ¹
FREDRICK J. PENA

1 ALSO MEMBER ARIZONA BAR
2 ALSO MEMBER CALIFORNIA BAR
3 ALSO MEMBER COLORADO BAR
4 ALSO MEMBER DISTRICT OF COLUMBIA BAR
5 ALSO MEMBER IDAHO BAR
6 ALSO MEMBER NEW YORK  BAR
7 ALSO MEMBER OREGON BAR
8 ALSO MEMBER VIRGINIA BAR
9 ALSO MEMBER VERMONT BAR
10 ALSO MEMBER WASHINGTON BAR
11 ALSO MEMBER WYOMING BAR

OF COUNSEL
––––––––––
ROGER G. SEGAL
VERNON L. HOPKINSON
––––––––––

GORDON R. STRONG
(1909-1969)

ESTABLISHED 1888

December 15, 2015

Scott M. Peterson
FABIAN VANCOTT
215 South State Street, Suite 215
Salt Lake City, Utah 84111

      RE:   *Medicare Advantage Dispute – Victor Jensen*

Dear Scott:

      Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and Between IHC Health Services, Inc., and Altius Health Plans (the "Agreement").

      This demand seeks arbitration of a claim for Victor Jensen that was denied payment for inpatient care. Intermountain has had this claim reviewed and feels strongly that medical necessity for inpatient treatment was warranted. The claim is attached. The amount in controversy is $4,939.30. Intermountain is seeking payment of this amount.

      Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

      Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve this dispute.

      I look forward to hearing from you soon. Additionally, should there be any objection to the validity of this notice demanding arbitration, please contact me.



SALT LAKE OFFICE — 102 SOUTH 200 EAST, SUITE 800, SALT LAKE CITY, UTAH  84111
SANDY OFFICE — 9350 SOUTH 150 EAST, SUITE 820, SANDY, UTAH  84070

Page 2

Very truly yours,

STRONG & HANNI

*/s/ Catherine M. Larson*

Catherine M. Larson

CML/la
Enclosure
cc: Heidi Kingman (w/encl.)
002251.00169

# STRONG & HANNI
## LAW FIRM

A PREMIER BUSINESS & LITIGATION LAW FIRM

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT 84111

T : (801) 532-7080
F : (801) 596-1508
WWW.STRONGANDHANNI.COM

HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON [2]
PAUL W. HESS
STEPHEN J. TRAYNER
STANFORD P. FITTS [1]
BRADLEY W. BOWEN
PETER H CHRISTENSEN[11]
ROBERT L. JANICKI [8]
H. BURT RINGWOOD
CATHERINE M. LARSON
KRISTIN A. VANDERMAN
KENT M. BROWN [5]
PETER H. BARLOW [6]
MICHAEL L. FORD [10]
GRADEN P. JACKSON [3]

H. SCOTT JACOBSON
MICHAEL J. MILLER
[4]ANDREW D. WRIGHT
BYRON C. MARTIN [10]
BENJAMIN P. THOMAS
LANCE H. LOCKE
A. JOSEPH SANO
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
WILLIAM B. DIGRAM
RYAN P. ATKINSON [11]
JENNIFER R. CARRIZAL
JEREMY C. KNIGHT [8]
ANDREW B. McDANIEL
SADÉ A. TURNER [5]
CASEY W. JONES
RYAN C. BULLOCK

MICHAEL A. STAHLER[10]
KATHLEEN J. ABKE
CHET W. NEILSON[2]
S. SPENCER BROWN
KATHRYN T. SMITH
RON W. HAYCOCK, JR.
BROOKE JOHNSON
ANDREW D. DAY
NICHOLAS E. DUDOICH
GREGORY N. GUNN
ALAN R. HOUSTON
ALLISON S. MILES
NATHAN R. WHITE
JASON L. DEFOREST
JESSICA J. JOHNSTON
JOHN C. SARAGER [5]
FREDRICK J. PENA
KYLE J. HOYT

[1] ALSO MEMBER ARIZONA BAR
[2] ALSO MEMBER CALIFORNIA BAR
[3] ALSO MEMBER COLORADO BAR
[4] ALSO MEMBER DISTRICT OF COLUMBIA BAR
[5] ALSO MEMBER IDAHO BAR
[6] ALSO MEMBER NEW YORK BAR
[7] ALSO MEMBER OREGON BAR
[8] ALSO MEMBER VIRGINIA BAR
[9] ALSO MEMBER VERMONT BAR
[10] ALSO MEMBER WASHINGTON BAR
[11] ALSO MEMBER WYOMING BAR

OF COUNSEL

ROGER G. SEGAL
VERNON L. HOPKINSON

GORDON R. STRONG
(1909-1950)
GLENN C. HANNI
(1923-2015)

ESTABLISHED 1888

November 29, 2016

VIA E-MAIL

Scott M. Peterson
FABIAN VANCOTT
215 South State Street, Suite 215
Salt Lake City, UT 84111

　　　RE:　　*Medicare Advantage Dispute – Charles Larsen*

Dear Mr. Peterson:

　　　Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and between IHC Health Services, Inc., and Altius Health Plans (the "Agreement").

　　　This demand seeks arbitration of a claim for Charles Larsen that was denied payment for inpatient care. Intermountain has had this claim reviewed and feels strongly that medical necessity for inpatient treatment was warranted. The claim is attached. The amount in controversy is *$5,544,73.* Intermountain is seeking payment of this amount.

　　　Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

　　　Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve this dispute.

　　　I look forward to hearing from you soon. Additionally, should there be any objection to the validity of this notice demanding arbitration, please contact me.



Page 2

Very truly yours,

STRONG & HANNI

*Catherine M. Larson*

Catherine M. Larson

CML/la
Encl.
cc: Heidi Kingman (w/ encl.)
2251.0226



HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON ³
PAUL W. HESS
STEPHEN J. TRAYNER
STANFORD P. FITTS ¹¹
BRADLEY W. BOWEN
PETER H CHRISTENSEN¹¹
ROBERT L. JANICKI ⁵
H. BURT RINGWOOD
CATHERINE M. LARSON
KRISTIN A. VANORMAN
KENT M. BROWN ⁸
PETER H. BARLOW ⁵
MICHAEL L. FORD ⁴¹⁴
GRADEN P. JACKSON ³

H. SCOTT JACOBSON
MICHAEL J. MILLER
⁴⁴ANDREW D. WRIGHT
BYRON G. MARTIN ¹⁰
BENJAMIN P. THOMAS
LANCE H. LOCKE
A. JOSEPH SANO
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
WILLIAM B. INGRAM
RYAN P. ATKINSON ¹¹
JENNIFER R. CARRIZAL
JEREMY G. KNIGHT ⁸
ANDREW B. McDANIEL
SADÉ A. TURNER ⁸
CASEY W. JONES
RYAN C. BULLOCK

MICHAEL A. STAHLER⁴³
KATHLEEN J. ABKE
CHET W. NELSON²
S. SPENCER BROWN
KATHRYN T. SMITH
RON W. HAYCOCK, JR.
BROOKE JOHNSON
ANDREW D. DAY
NICHOLAS E. DUDOICH
GREGORY N. GUNN
ALAN R. HOUSTON
ALLISON S. MILES
NATHAN R. WHITE
JASON L. DEFOREST
JESSICA J. JOHNSTON
JOHN C. SARAGER ⁸
FREDRICK J. PENA
KYLE J. HOYT

1 ALSO MEMBER ARIZONA BAR
2 ALSO MEMBER CALIFORNIA BAR
3 ALSO MEMBER COLORADO BAR
4 ALSO MEMBER DISTRICT OF COLUMBIA BAR
5 ALSO MEMBER IDAHO BAR
6 ALSO MEMBER NEW YORK BAR
7 ALSO MEMBER OREGON BAR
8 ALSO MEMBER VIRGINIA BAR
9 ALSO MEMBER VERMONT BAR
10 ALSO MEMBER WASHINGTON BAR
11 ALSO MEMBER WYOMING BAR

OF COUNSEL

ROGER G. SEGAL
VERNON L. HOPKINSON
———————————

GORDON R. STRONG
(1909-1969)
GLENN C. HANNI
(1923-2015)

ESTABLISHED 1888  ·

A PREMIER BUSINESS & LITIGATION LAW FIRM

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT 84111

T : (801) 532-7080
F : (801) 596-1508
WWW.STRONGANDHANNI.COM

May 17, 2016

Scott M. Peterson
FABIAN VANCOTT
215 South State Street, Suite 215
Salt Lake City, UT 84111

     RE:   *Medicare Advantage Dispute – Bruce Owens*

Dear Mr. Peterson:

Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and between IHC Health Services, Inc., and Altius Health Plans (the "Agreement").

This demand seeks arbitration of a claim for Bruce Owens that was denied payment for inpatient care. Intermountain has had this claim reviewed and feels strongly that medical necessity for inpatient treatment was warranted. The claim is attached. The amount in controversy is $4,944.10. Intermountain is seeking payment of this amount.

Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve this dispute.

I look forward to hearing from you soon. Additionally, should there be any objection to the validity of this notice demanding arbitration, please contact me.



Page 2

Very truly yours,

STRONG & HANNI

*Catherine M. Larson*

Catherine M. Larson

CML/la
Encl.
cc: Heidi Kingman (w/ encl.)



**STRONG & HANNI**
**LAW FIRM**

A PREMIER BUSINESS & LITIGATION LAW FIRM

SALT LAKE CITY OFFICE

102 SOUTH 200 EAST, SUITE 800

SALT LAKE CITY, UT 84111

T : (801) 532-7080

F : (801) 596-1508

WWW.STRONGANDHANNI.COM

November 17, 2017

CERTIFIED MAIL -- RRR
Kathleen LeFevre
Manager, Altius Health Plans
10150 Centennial Parkway, Suite 450
Sandy, UT 84070

    RE:   *Medicare Advantage Dispute – Donna Reid*

Dear Kathleen:

    Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and Between IHC Health Services, Inc., and Altius Health Plans (the "Agreement").

    This demand seeks arbitration of a claim that was denied payment for inpatient care. Intermountain has had this claim reviewed and feels strongly that medical necessity for inpatient treatment was warranted. The claim is attached. The amount in controversy is $7,302.08. Intermountain is seeking payment of this amount.

    Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

    Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve these disputes.

    I look forward to hearing from you soon. Additionally, should there by any objection to the validity of this notice demanding arbitration, please contact me.



SALT LAKE OFFICE — 102 SOUTH 200 EAST, SUITE 800, SALT LAKE CITY, UTAH  84111
SANDY OFFICE — 9350 SOUTH 150 EAST, SUITE 820, SANDY, UTAH  84070

Page 2

Very truly yours,

STRONG & HANNI

Catherine M. Larson

CML/dl
Enclosure
cc:  Heidi Kingman (w/encl.)
002251.00269

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathleen LeFevre
Altius Health Plans
10150 Centennial Pkwy #450
Sandy, UT 84070

9590 9402 2621 6336 3157 49

2. Article Number (Transfer from service label)
7017 0530 0001 1701 7989

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Olivia D         □ Agent
                   □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 11-22-17

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature                      □ Priority Mail Express®
□ Adult Signature Restricted Delivery  □ Registered Mail™
☑ Certified Mail®                      □ Registered Mail Restricted Delivery
□ Certified Mail Restricted Delivery   □ Return Receipt for Merchandise
□ Collect on Delivery                  □ Signature Confirmation™
□ Collect on Delivery Restricted Delivery  □ Signature Confirmation Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
□ Return Receipt (hardcopy)        $
□ Return Receipt (electronic)      $
□ Certified Mail Restricted Delivery  $
□ Adult Signature Required         $
□ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

Sent To  Kathleen LeFevre
Street and Apt. No., or PO Box No.  10150 Centennial Pkwy #450
City, State, ZIP+4  Sandy, UT 84070

7017 0530 0001 1701 7989

IHC, Reid

Postmark
Here

v. Altius
11/22/17

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions



**STRONG & HANNI**
**LAW FIRM**

A Premier Business & Litigation Law Firm

Salt Lake City Office

102 South 200 East, Suite 800

Salt Lake City, UT 84111

T : (801) 532-7080

F : (801) 596-1508

WWW.STRONGANDHANNI.COM

HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON ²
PAUL W. HESS
STEPHEN J. TRAYNER
STANFORD P. FITTS ¹¹
BRADLEY W. BOWEN
PETER H CHRISTENSEN⁷¹¹
ROBERT L. JANICKI ⁵
H. BURT RINGWOOD
CATHERINE M. LARSON
KRISTIN A. VANORMAN
KENT M. BROWN ⁵
PETER H. BARLOW ⁵
MICHAEL L. FORD ⁴¹⁵
GRADEN P. JACKSON ⁵

H. SCOTT JACOBSON
MICHAEL J. MILLER
¹¹ANDREW D. WRIGHT
BYRON G. MARTIN ¹⁰
BENJAMIN P. THOMAS
LANCE H. LOCKE
A. JOSEPH SANO
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
WILLIAM B. INGRAM
RYAN P. ATKINSON ¹¹
JENNIFER R. CARRIZAL
JEREMY G. KNIGHT ⁶
ANDREW B. McDANIEL
SADÉ A. TURNER ⁶
CASEY W. JONES
RYAN C. BULLOCK

MICHAEL A. STAHLER⁶⁹
KATHLEEN J. ABKE
CHET W. NEILSON⁷
S. SPENCER BROWN
KATHRYN T. SMITH
RON W. HAYCOCK, JR.
BROOKE JOHNSON
ANDREW O. DAY
NICHOLAS E. DUDOICH
GREGORY N. CUNN
ALAN R. HOUSTON
ALLISON S. MILES
NATHAN R. WHITE
JASON L. DEFOREST
JESSICA J. JOHNSTON
JOHN C. SARAGER ¹
FREDRICK J. PENA
KYLE J. HOYT

1 ALSO MEMBER ARIZONA BAR
2 ALSO MEMBER CALIFORNIA BAR
3 ALSO MEMBER COLORADO BAR
4 ALSO MEMBER DISTRICT OF COLUMBIA BAR
5 ALSO MEMBER IDAHO BAR
6 ALSO MEMBER NEW YORK BAR
7 ALSO MEMBER OREGON BAR
8 ALSO MEMBER VIRGINIA BAR
9 ALSO MEMBER VERMONT BAR
10 ALSO MEMBER WASHINGTON BAR
11 ALSO MEMBER WYOMING BAR

OF COUNSEL

ROGER G. SEGAL
VERNON L. HOPKINSON
————————

GORDON R. STRONG
(1909-1969)
GLENN C. HANNI
(1923-2015)

ESTABLISHED 1888

August 11, 2016

Scott M. Peterson
FABIAN VANCOTT
215 South State Street, Suite 215
Salt Lake City, UT 84111

RE:   *Medicare Advantage Dispute – Max Spackman*

Dear Mr. Peterson:

Please accept this demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement by and between IHC Health Services, Inc., and Altius Health Plans (the "Agreement").

This demand seeks arbitration of a claim for Max Spackman that was denied payment for inpatient care. Intermountain has had this claim reviewed and feels strongly that medical necessity for inpatient treatment was warranted. The claim is attached. The amount in controversy is *$12,053.71*. Intermountain is seeking payment of this amount.

Intermountain has made a good faith attempt to resolve this claim, however, this has proven unsuccessful. Pursuant to provision VII. Miscellaneous Provisions, F. Dispute Resolution, we are making a demand for arbitration.

Pursuant to the Agreement, please contact me in order that we may discuss this matter further and select an Arbitrator to resolve this dispute.

I look forward to hearing from you soon. Additionally, should there be any objection to the validity of this notice demanding arbitration, please contact me.



Page 2

Very truly yours,

STRONG & HANNI

*/s/ Catherine M. Larson*

Catherine M. Larson

CML/la
Encl.
cc: Heidi Kingman (w/ encl.)
2251.0226

# Exhibit E



# STRONG & HANNI
## LAW FIRM

A PREMIER BUSINESS & LITIGATION LAW FIRM

SALT LAKE CITY OFFICE

102 SOUTH 200 EAST, SUITE 800

SALT LAKE CITY, UT 84111

T : (801) 532-7080

F : (801) 596-1508

WWW.STRONGANDHANNI.COM

HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON *
PAUL W. HESS
STEPHEN J. TRAYNER
BRADLEY W. BOWEN
PETER H CHRISTENSEN*'
ROBERT L. JANICKI *
H. BURT RINGWOOD
CATHERINE M. LARSON
KRISTIN A. VANDRMAN
KENT M. BROWN *
PETER H. BARLOW *
MICHAEL L. FORD *****
GRADEN P. JACKSON *
H. SCOTT JACOBSON

MICHAEL J. MILLER*
ANDREW D. WRIGHT
BYRON G. MARTIN *
BENJAMIN P. THOMAS
LANCE H. LOCKE
A. JOSEPH SANO
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
WILLIAM B. INGRAM
RYAN P. ATKINSON *
JENNIFER R. CARRIZAL
JEREMY C. KNIGHT *
ANDREW B. McDANIEL
SADÉ A. TURNER *
CASEY W. JONES
RYAN C. BULLOCK
MICHAEL A. STAHLER*
KATHLEEN J. ABKE
MARSHALL J. HENDRICKSON

CHET W. NEILSON*
S. SPENCER BROWN
KATHRYN T. SMITH
RON W. HAYCOCK, JR.
JOSEPH SHAPIRO *
ANDREW D. DAY
NICHOLAS E. DUDOICH
GREGORY N. GUNN
ALAN R. HOUSTON
ALLISON S. MILES
NATHAN R. WHITE
JASON L. DEFOREST
JESSICA J. JOHNSTON
JOHN C. SARAGER *
FREDRICK J. PENA
ASHLEY F. LEONARD
AXEL TRUMBO
SCARLET R. SMITH *°
KYLE J. HOYT

1 ALSO MEMBER ARIZONA BAR
2 ALSO MEMBER CALIFORNIA BAR
3 ALSO MEMBER COLORADO BAR
4 ALSO MEMBER DISTRICT OF COLUMBIA BAR
5 ALSO MEMBER IDAHO BAR
6 ALSO MEMBER NEW YORK BAR
7 ALSO MEMBER OREGON BAR
8 ALSO MEMBER VIRGINIA BAR
9 ALSO MEMBER VERMONT BAR
10 ALSO MEMBER WASHINGTON BAR
11 ALSO MEMBER WYOMING BAR

OF COUNSEL

ROGER G. SEGAL
VERNON L. HOPKINSON
MARK H. HOWARD

GORDON R. STRONG
(1909-1969)
GLENN C. HANNI
(1923-2015)

ESTABLISHED 1888

December 15, 2017

CERTIFIED MAIL - RRR
Scott M. Peterson
FABIAN VANCOTT
215 South State Street, Suite 215
Salt Lake City, UT 84111

    RE:   Medicare Advantage Disputes – Multiple Matters

Dear Mr. Peterson:

    This letter is a demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement entered into by IHC Health Services, Inc. and Altius Health Plans and Aetna Health Management (the "Agreement"). Although I have communicated with you regarding these matters, I felt it necessary to insure that my file was current in regards to communicating with you as to the pending matters. The list of pending Medicare Advantage disputes for which this demand applies is as follows:

        Lowell Andersen
        Gloria Ann Bender
        Del Bullen
        Kayelene Draper
        Leo Gessel
        Kermit Herd
        Victor Jensen
        Charles Larsen
        Bruce Owens
        Donna Reid
        Max Spackman

    Without debating the medical issues of the above-identified matters, I have been through each matter in some detail and can confirm that applicable treatment guidelines were met. Thus,



December 14, 2017
Page 2

I am perplexed by Altius' payments denials. In any event, Intermountain is desirous to try to
bring these matters to an amicable resolution.

Intermountain has made a good faith attempt to resolve this claim, however, such efforts
have proven unsuccessful. Pursuant to provision VII. Miscellaneous Provision, F. Dispute
Resolution of the Agreement, Intermountain is hereby making a demand for arbitration.

Pursuant to the Agreement, please contact me to discuss these matters further and to
select an Arbitrator to resolve these disputes.

Very truly yours,

STRONG & HANNI

*/s/ Catherine M. Larson*

Catherine M. Larson

CML/dl

# Exhibit F



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Scott M. Peterson
Fabian Vancott
215 S State St #21 6
Salt Lake City UT 84111

9590 9402 2833 7069 1964 55

2. Article Number (Transfer from service label)

7017 0530 0001 1701 8016

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)         C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*(Domestic Mail Only)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

7017 0530 0001 1701 8016

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

Multiple

Postmark
Here

Attius

Cases
12/15/17

Sent To
Scott M. Peterson
Street and Apt. No., or PO Box No.
215 S State St. #216
City, State, ZIP+4®
Salt Lake City UT 84111

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# Exhibit G

**STRONG & HANNI**
**LAW FIRM**

A PREMIER BUSINESS & LITIGATION LAW FIRM

**SALT LAKE CITY OFFICE**
**102 SOUTH 200 EAST, SUITE 800**
**SALT LAKE CITY, UT 84111**

T : (801) 532-7080
F : (801) 596-1508

WWW.STRONGANDHANNI.COM

HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON *
PAUL W. HESS
STEPHEN J. TRAYNER
STANFORD P. FITTS **
BRADLEY W. BOWEN
PETER H CHRISTENSEN***
ROBERT L. JANICKI *
H. BURT RINGWOOD
CATHERINE M. LARSON
KRISTIN A. VANORMAN
KENT M. BROWN *
PETER H. BARLOW *
MICHAEL L. FORD ****
GRADEN P. JACKSON *
H. SCOTT JACOBSON

MICHAEL J. MILLER**
ANDREW D. WRIGHT
BYRON C. MARTIN **
BENJAMIN P. THOMAS
LANCE H. LOCKE
A. JOSEPH SANO
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
WILLIAM B. INGRAM
RYAN P. ATKINSON **
JENNIFER R. CARRIZAL
JEREMY C. KNIGHT *
ANDREW B. McDANIEL
SADÉ A. TURNER *
CASEY W. JONES
RYAN C. BULLOCK
MICHAEL A. STAHLER**
KATHLEEN J. ABKE
MARSHALL J. HENDRICKSON

CHET W. NEILSON*
S. SPENCER BROWN
KATHRYN T. SMITH
RON W. HAYCOCK, JR.
JOSEPH SHAPIRO *
ANDREW D. DAY
NICHOLAS E. DUDOICH
GREGORY N. GUNN
ALAN R. HOUSTON
ALLISON S. MILES
NATHAN R. WHITE
JASON L. DEFOREST
JESSICA J. JOHNSTON
JOHN C. SARAGER *
FREDRICK J. PENA
ASHLEY F. LEONARD
AXEL TRUMBO
SCARLET R. SMITH **
KYLE J. HOYT

1 ALSO MEMBER ARIZONA BAR
2 ALSO MEMBER CALIFORNIA BAR
3 ALSO MEMBER COLORADO BAR
4 ALSO MEMBER DISTICT OF COLUMBIA BAR
5 ALSO MEMBER IDAHO BAR
6 ALSO MEMBER NEW YORK  BAR
7 ALSO MEMBER OREGON BAR
8 ALSO MEMBER WEZIKA BAR
9 ALSO MEMBER VERMONT BAR
10 ALSO MEMBER WASHINGTON BAR
11 ALSO MEMBER WYOMING BAR

OF COUNSEL

ROGER G. SEGAL
VERNON L. HOPKINSON
MARK H. HOWARD
----------------
GORDON R. STRONG
(1909-1969)
GLENN C. HANNI
(1923-2015)

ESTABLISHED 1888

December 28, 2017

CERTIFIED MAIL - RRR
Scott M. Peterson
FABIAN VANCOTT
215 South State Street, Suite 215
Salt Lake City, UT 84111

RE:   Medicare Advantage Disputes – Multiple Matters

Dear Mr. Peterson:

This letter is a demand for arbitration as set forth in the Intermountain Facility and Professional Services Agreement entered into by IHC Health Services, Inc. and Altius Health Plans and Aetna Health Management (the "Agreement"). Although I have communicated with you regarding these matters, my file indicates that the original demand letters went to Altius. Copies of those demands and accompanying documentation is attached. I felt it necessary to insure that my file was current in regards to communicating with you as to the pending matters. The additional pending Medicare Advantage disputes for which this demand applies is as follows:

Donna Cirricione
Sara Duncan
Jeanne Hendershot

Without debating the medical issues of the above-identified matters, I have been through each matter in some detail and can confirm that applicable treatment guidelines were met. Thus, I am perplexed by Altius' payments denials. In any event, Intermountain is desirous to try to bring these matters to an amicable resolution.

Intermountain has made a good faith attempt to resolve this claim, however, such efforts have proven unsuccessful. Pursuant to provision VII. Miscellaneous Provision, F. Dispute Resolution of the Agreement, Intermountain is hereby making a demand for arbitration.



December 28, 2017
Page 2

Pursuant to the Agreement, please contact me to discuss these matters further and to select an Arbitrator to resolve these disputes.

Very truly yours,

STRONG & HANNI

Catherine M. Larson

CML/dl
Enclosures

# Exhibit H



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Scott M Peterson
Fabian Vancott
215 S State Street #215
Salt Lake City UT 84111

9590 9402 2833 7069 1964 79

2. Article Number (Transfer from service label)

7017 0530 0001 1701 8030

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

B. Received by (Printed Name)    PERKINS    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

7017 0530 0001 1701 8030

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Cirrincione
Duncan
Postmark
Here
Hendershot
12/20/17

Sent To Scott M Peterson
Street and Apt. No., or PO Box No. 215 S State St. #215
City, State, ZIP+4® Salt Lake City UT 84111

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions